Receipt # 065178

ORIGINAL

FILED
JUL 25 2006
U.S. COURT OF FEDERAL CLAIMS

ECF

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FRANK GAYLORD,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-539 C

**COMPLAINT**

For his Complaint, Plaintiff Frank Chalfant Gaylord II, by and through counsel, alleges as follows:

**The Parties**

1. The plaintiff, Frank Chalfant Gaylord II ("Gaylord"), is a sculptor who works and resides in Barre, Vermont, and is a veteran of the armed forces of the United States.

2. The United States Postal Service ("USPS") is an arm of the defendant, United States, having post offices and branches throughout the United States.

**Jurisdiction and Venue**

3. This is an action for copyright infringement arising under the copyright laws of the United States. Title 17 United States Code, Sections 101 et. seq. This court has exclusive jurisdiction over this matter, and venue here is appropriate, pursuant to 28 U.S.C. § 1498(b).

**Factual Allegations**

4. In 1990, Frank Gaylord submitted a proposal to Cooper-Lecky Architects to be considered as the figural sculptor for a proposed Korean War Veterans Memorial to be installed on the National Mall in Washington, D.C. After a rigorous selection process, Mr. Gaylord was selected by Cooper-Lecky Architects to design, develop and execute the figural sculpture for the proposed Korean War Veterans Memorial.

5. Gaylord's accepted proposal was a design for a sculpture that featured 19 statues representing a platoon of soldiers proceeding in column formation.

6. From the time of his selection as sculptor until the installment of the completed sculpture on July 27, 1995, Gaylord created and constructed an original sculpture consisting of 19 stainless steel statutes in the image of a platoon of foot soldiers, portrayed in formation ("The Column").

7. The Column is an original work of visual art of Gaylord of recognized stature and is copyrightable subject matter under the laws of the United States.

8. Gaylord, having complied in all respects with the relevant statutory requirements governing copyright, secured the exclusive rights and privileges in and to the copyrights of said sculpture, and received from the Register of Copyrights certificates of registrations for "The Column," including but not limited to:

(a) United States Copyright Registration VAu 280 954 registered November 15, 1993 (appended hereto as Exhibit A);

(b) United States Copyright Registration VAu 280 955, registered November 18, 1993 (appended hereto as Exhibit B);

(c) United States Copyright Registration VAu 306-934, registered August 12, 1994 (appended hereto as Exhibit C); and

(d) United States Copyright Registration VAu 342-493, registered May 1, 1995(appended hereto as Exhibit D).

9. "The Column" was dedicated as part of the National Korean War Veteran's Memorial on July 27, 1995.

10. Sometime after July 27, 1995, John W. Alli ("Alli"), an amateur photographer, photographed the National Korean War Veteran's Memorial after a snow storm (the "Alli Image"), creating a copy of the work "The Column" that is substantially similar to the copyrighted work.

11. Upon information and belief, Alli entered into an agreement with the USPS to publish the Alli Image of The Column on a commemorative 37-cent stamp. Defendant the United States, through the USPS, published the Alli Image of The Column on a commemorative 37-cent stamp first released on July 27, 2003.

12. Neither the USPS nor Alli sought or obtained Gaylord's authorization to publish the Alli Image on the commemorative stamp prior to its publication, and neither the USPS nor Alli attributed the "The Column" to Gaylord on the stamp or in any published materials associated with the stamp.

13. Upon information and belief, defendant the United States, through the USPS and with Alli's permission, also affixed the Alli Image to related commemorative items, such as magnets and lapel pins, which upon information and belief, defendant the United States, through the USPS, offered for sale and continues to offer for sale, without

seeking or obtaining Gaylord's authorization and without attribution of the work "The Column" to Gaylord.

14. Upon information and belief, Alli, with the knowledge and permission of the USPS, including reference to the unusual honor and high degree of recognition associated with an artist whose work is depicted on a United States postage stamp and attributed to the artist, sells prints and other merchandise containing the Alli Image, without Gaylord's authorization and without attribution of the work "The Column" to Gaylord. Defendant the United States and Alli, by their publication of the Alli Image without authorization or attribution to Mr. Gaylord, have denied Mr. Gaylord the benefit of such recognition for his work "The Column" that he is entitled to as the author.

15. The acts of defendant the United States, by and through the USPS, constitute infringement of Gaylord's exclusive copyright rights under 17 United States Code, §§ 106 (1)-(3), (5) and § 106A (a), which rights Gaylord has not waived.

16. Upon information and belief, said acts of infringement are ongoing.

17. By reason of said acts of infringement, Gaylord has sustained and will continue to sustain substantial injury, loss and damage to his exclusive rights in his copyrighted work, including lost sales, lost royalties, and loss of reputation and value of attribution.

18. Gaylord is entitled to recover from defendant the United States his reasonable and entire compensation as damages for said acts of copyright infringement.

19. Gaylord is, at present, unable to ascertain the full extent of his reasonable and entire compensation by reason of said acts of copyright infringement, but is informed

and believes that defendant the United States, through the USPS, has sold millions of dollars in stamps and merchandise bearing the Alli Image.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays that judgment be entered against defendant the United States in an amount sufficient to provide plaintiff his reasonable and entire compensation after an opportunity to conduct discovery, but in no event less than $100,000.

Dated: July 25, 2006

Respectfully submitted,

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Of Counsel:

Heidi E. Harvey
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

COUNSEL FOR PLAINTIFF FRANK GAYLORD

# EXHIBIT A

# CERTIFICATE OF REGISTRATION

**FORM VA** P.1
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VAu 280-354

VA VAU

EFFECTIVE DATE OF REGISTRATION

11 15 93
Month Day Year

UNITED STATES COPYRIGHT OFFICE • THE LIBRARY OF CONGRESS •

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer

ACTING REGISTER OF COPYRIGHTS
United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
"THE COLUMN" (19)

NATURE OF THIS WORK ▼ See instructions
1-0 CLAY SCULPTURES

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
FRANK C GAYLORD II

DATES OF BIRTH AND DEATH
Year Born ▼ 1925 Year Died ▼ —

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country USA
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ (WASHINGTON, D.C.)
19 SKETCH MODELS FOR NATIONAL KOREAN WAR VETERANS MEMORIAL (FULLY APPROVED BY ALL FEDERAL COMMISSIONS)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

0597144 *0597 1472*

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
FRANK C GAYLORD II
25 DELMONT AVE
BARRE VT 05641

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
NOV. 15, 1993
ONE DEPOSIT RECEIVED
NOV. 15, 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY WRS

CHECKED BY

FORM VA

VAu 280-954

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? 5

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. 6

a. Precxisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. 7

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

FRANK C GAYLORD II

P.O. BOX 464

BARRE VT 05641

Area Code & Telephone Number ▶ 802 476-6711

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the 8

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

FRANK C GAYLORD II date ▶ 1/11/93

Handwritten signature (X) ▼

F C Gaylord II

**MAIL CERTIFICATE TO** 9

Name ▼

FRANK C GAYLORD II

Number/Street/Apartment Number ▼

P.O. BOX 464

City/State/ZIP ▼

BARRE VT 05641

Certificate will be mailed in window envelope

Have you:

- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to Register of Copyrights?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,028

April 1987—60,000

P.1

# EXHIBIT B

# CERTIFICATE OF REGISTRATION

**FORM VA** P. 1
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
VAu 284-935
VA VAU

EFFECTIVE DATE OF REGISTRATION
11 18 93
Month Day Year

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer
ACTING REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
"THE COLUMN - IN OUR NATIONS CAPITOL"

NATURE OF THIS WORK ▼ See instructions
SCULPTURE FOR NATIONAL KOREAN WAR MEMORIAL

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee.

a NAME OF AUTHOR ▼
FRANK C GAYLORD II

DATES OF BIRTH AND DEATH
Year Born ▼ 1925 Year Died ▼ —

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CLAY - 3-D MAQUETTES - FULLY APPROVED - 19 SOLDIERS - NATIONAL KOREAN WAR VETERANS MEMORIAL

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

05974 4687
*8537 4687*

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FRANK C GAYLORD II
2E DELMONT AVE
BARRE, VERMONT 05641

See instructions before completing this space.

APPLICATION RECEIVED
NOV 18 1993
ONE DEPOSIT RECEIVED
NOV 18 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY LRB

CHECKED BY

FORM VA

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

VAu 280-955

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

FRANK C GAYLORD II
P.O. BOX 464
BARRE VT 05641

Area Code & Telephone Number ▶ 802-476-6711 & 802-476-5276

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

FRANK C GAYLORD II date ▶ 1993

Handwritten signature (X) ▼

X Frank C Gaylord

**9**

MAIL CERTIFICATE TO

Name ▼
FRANK C GAYLORD II

Number/Street/Apartment Number ▼
P.O. BOX 464

City/State/ZIP ▼
BARRE VERMONT 05641

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to Register of Copyrights?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,025

April 1987—40,000

1'd

# EXHIBIT C

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG. VAu 306-934

EFFECTIVE DATE OF REGISTRATION

AUG 12 1994
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

"THE COLUMN"

NATURE OF THIS WORK ▼ See instructions

19 7'-6" TALL CLAY SOLDIERS TO BE CAST IN STAINLESS STEEL FOR THE

PREVIOUS OR ALTERNATIVE TITLES ▼ NATIONAL KOREAN WAR VETERANS MEMORIAL ON THE MALL IN WASHINGTON D.C.

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a

NAME OF AUTHOR ▼ FRANK C. GAYLORD II

DATES OF BIRTH AND DEATH
Year Born ▼ 1925 Year Died ▼ —

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instruc-

b

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

0680097776

**3** a

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1994 ◀ Year

b

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FRANK C. GAYLORD II
28 BELMONT AVE
BARRE VERMONT 05641

APPLICATION RECEIVED AUG 12 1994

ONE DEPOSIT RECEIVED AUG 12 1994

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY ALS

FORM VA

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes X No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. This is the first published edition of a work previously registered in unpublished form.

b. This is the first application submitted by this author as copyright claimant.

c. This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

6

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

7

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

FRANK C GAYLORD II
P.O. BOX 464
BARRE VERMONT 05641

Area Code & Telephone Number ▶ 802-476-6711 & 802-476-5276

◀ Be sure to give your daytime phone number

8

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▼

X author

other copyright claimant

owner of exclusive right(s)

authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

FRANK C GAYLORD II date ▶ AUG 7 1994

Handwritten signature (X) ▼

X Frank C Gaylord II

9

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
FRANK C GAYLORD II

Number/Street/Apartment Number ▼
P.O. BOX 464

City/State/ZIP ▼
BARRE, VERMONT 05641

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—

U.S. GOVERNMENT PRINTING OFFICE: 1993-312-432/60,079

# EXHIBIT D

# CERTIFICATE OF REGISTRATION

**FORM VA** P. 1
UNITED STATES COPYRIGHT OFFICE

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

VAu 342-493

EFFECTIVE DATE OF REGISTRATION

5 (Month) 1 (Day) 1995 (Year)

Marybeth Peters
REGISTER OF COPYRIGHTS

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
"THE COLUMN"

NATURE OF THIS WORK ▼ See instructions
(19) 7'-6" TALL SCULPTURE FOR THE NATIONAL KOREAN WAR VETERANS MEMORIAL IN WASHINGTON DC

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼ FRANK C GAYLORD II

DATES OF BIRTH AND DEATH Year Born ▼ 1925 Year Died ▼ —

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country USA
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
STAINLESS STEEL - FULLY APPROVED SCULPTURE - DEDICATED JULY 27 1995

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

07421 9795

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1995 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
FRANK C GAYLORD II
25 DELMONT AVE
BARRE VERMONT 05641

See instructions before completing this space.

APPLICATION RECEIVED JAN 09 1996
ONE DEPOSIT RECEIVED JAN 09 1996
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY [signature]

CHECKED BY

FORM VA

*Amended by C.O. Authority phone conversation with Frank Gaylord II, 2/2/96.

☑ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ VAu 306-934 Year of Registration ▼ 1994

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

(19) 7'-6" CLAY SOLDIERS BEFORE CASTING

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

(19) 7'-6" STAINLESS STEEL SOLDIERS AFTER CASTING MATERIAL ADDED STAINLESS STEEL *(Some sculptural revisions)

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

FRANK C GAYLORD II

P.O. BOX 464

BARRE VERMONT 05641

Area Code & Telephone Number ▶ 802-476-6711

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

#50-503-2521 (F)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

FRANK C GAYLORD date ▶ 1995

Handwritten signature (X) ▼ [signature] Frank C Gaylord 1/2/96

**MAIL CERTIFICATE TO** **9**

Name ▼ FRANK C GAYLORD II

Number/Street/Apartment Number ▼ P.O. BOX 464

City/State/ZIP ▼ BARRE VERMONT 05641

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 8?
- Enclosed check or money order for $10 payable to Register of Copyrights?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531/40,025

1987—60,000