IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant, the United States, moves pursuant to Rule 6(b), Rules of the Court of Federal Claims ("RCFC"), for an enlargement of time to respond to plaintiff's Complaint. Specifically, the government requests that its time to respond be enlarged sixty (60) days from September 25, 2006, the date now set for responding, to and including November 24, 2006. This is the government's first motion for an enlargement of its time to respond to the Complaint. By telephone conference on September 20, 2006, counsel for plaintiff advised counsel for the government that plaintiff does not oppose the requested sixty (60) day enlargement.

This is a suit pursuant to 28 U.S.C. § 1498(b) to recover reasonable compensation for the alleged copyright infringement of a sculpture, titled "The Column." Frank Gaylord, the plaintiff, was selected by the architecture firm retained by the government to help create the Korean War Veterans Memorial. The Complaint alleges that the United States Postal Service ("Postal Service") infringed plaintiff's work by incorporating a photograph of the Korean War Veterans Memorial into postage stamps and other retail items without authorization.

The government has been diligently working on its response to the Complaint. For a number of reasons, however, the time originally allotted for responding to the Complaint has been

inadequate to properly investigate the allegations. More time is needed to complete defendant's investigation of the creation of the Korean War Veterans Memorial. Counsel for the government needs the requested extra time in order to obtain and properly analyze the contracts between: (1) the Postal Service and the photographer; (2) the United States Army Corps of Engineers ("USACE") and Cooper-Lecky Architects ("CLA"); and (3) CLA and Mr. Gaylord. Most of these documents are more than sixteen years old and have been difficult to locate. An additional reason why the enlargement is needed is that several government agencies may be directly or indirectly involved in this suit, including the Postal Service, the USACE, and the American Battle Monuments Commission. The government will make every effort to complete its response within the time requested.

For the above reasons, the government respectfully requests that this unopposed motion be granted, and the time to respond to plaintiff's Complaint be extended to and including November 24, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

September 21, 2006