# In the United States Court of Federal Claims

No. 06-539C

(Filed: September 26, 2006)

| | |
|---|---|
| *********************************** | * |
| | * |
| FRANK GAYLORD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | * |

**ORDER**

On September 21, 2006, counsel for Defendant filed with the Court an unopposed Motion for an Enlargement of Time requesting sixty days, until November 24, 2006 to respond to the Complaint. For good cause shown, the motion is hereby GRANTED. The Court will not favorably view future motions for enlargement to respond to the Complaint absent a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge