IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**LEAVE TO FILE A MOTION FOR RULE 14 NOTICE**

Defendant, the United States ("the government"), respectfully requests leave to file a Motion for Notice under Rule 14 to a potentially interested individual in the present case. A copy of the proposed Unopposed Motion has been attached to this Motion for Leave at Exhibit A ("Motion for Notice").

Pursuant to Rule 14 of the Rules of the Court of Federal Claims ("RCFC"), the Court provides formal notice to an interested person and offers that person the opportunity to appear in the litigation, if the person so desires. The government ordinarily must file a Rule 14 Motion on or before the filing date of the Answer, but the Court may also allow the filing of a Rule 14 Motion at a later time "[f]or good cause shown." RCFC 14(b)(2).

This Motion for Leave is necessary because counsel for the government was unable to locate the interested person within the time permitted for filing the Answer, although counsel diligently sought to locate the interested person. William Lecky, the interested party, was a principal partner of Cooper-Lecky Architects ("CLA"), the contractor selected to design and construct the Korean War Veterans Memorial ("KWVM") installed on the National Mall in Washington, D.C. CLA, as

government contractor, selected Plaintiff to sculpt the statues at issue in this litigation. CLA completed work on the KWVM in 1995, and subsequently disbanded. Since that time, Mr. Lecky has been associated with at least three different architecture and engineering firms. As a result of the disbanding of CLA and Mr. Lecky's employment with several different firms, counsel for the government, despite due diligence, was unable to locate Mr. Lecky until January 9, 2007. Counsel for the government discussed this issue with counsel for Plaintiff during the early meeting of counsel, held on January 11, 2007. During the early meeting of counsel, counsel for Plaintiff indicated that Plaintiff would not oppose the present Motion for Leave and the attached Motion for Notice.

Furthermore, granting the government's Motion for Leave and the government's Motion for Notice will not prejudice the parties. As of the filing of this Motion, fact discovery has not commenced, and the government will not oppose any requests for extensions of time that directly result from the issuance of Notice to William Lecky. Finally, as noted above, entry of the Motion for Leave and the Motion for Notice are unopposed.

For the above reasons, the government respectfully requests that this Unopposed Motion be granted, and that the Court file Defendant's Unopposed Motion for Rule 14 Notice to William Lecky, attached to this Motion at Exhibit A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

January 12, 2007