# In the United States Court of Federal Claims

No. 06-539C

(Filed: January 23, 2007)

| | |
|---|---|
| ********************************* | * |
| | * |
| FRANK GAYLORD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | * |

**ORDER**

On January 12, 2007, counsel for Defendant filed with the Court an unopposed motion for leave to file a motion for Rule 14 Notice. Pursuant to RCFC 14(b)(2), and for good cause shown, Defendant's motion is hereby GRANTED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge