IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR RULE 14 NOTICE TO WILLIAM LECKY**

Pursuant to Rule 14 of the Rules of the Court of Federal Claims, Defendant, the United States ("the government"), respectfully requests that the Court issue a notice to the following third-party to appear, if he so desires, as a party to this lawsuit and to assert whatever interest he may have herein:

William Lecky
1448 Waggaman Circle
McLean, Virginia 22101

STATEMENT IN SUPPORT OF MOTION

In this lawsuit, Plaintiff is seeking compensation for the Postal Service's incorporation of a picture of the Korean War Veterans Memorial ("KWVM") into a postage stamp. See Complaint ¶¶ 10-15, 18. The Plaintiff worked as a sculptor for the government's KWVM architecture contractor, Cooper-Lecky Architects ("CLA"). See Complaint ¶¶ 4-5. Plaintiff asserts that he owns several copyrights relating to a sculpture designed for the KWVM. See Complaint ¶ 8. Plaintiff alleges that the Postal Service's use of a photograph of a section of the KWVM infringes his copyrights.

Rule 14 of the Rules of the Court of Federal Claims ("RCFC") provides a means for a third-party, with an apparent interest in the outcome of the litigation, to enter the action if it so desires. Although notice affords the third-party an opportunity to defend its interests, it does not compel the third-party to appear. Rockwell Int'l Corp. v. United States, 31 Fed. Cl. 536, 539-40 (1994); see Carrier Corp. v. United States, 534 F.2d 244, 251-52 (Ct. Cl. 1976).

William Lecky, the former principal of CLA, has an apparent interest in the outcome of this litigation, and should be afforded an opportunity to enter the action as a third-party defendant if he so desires. Mr. Lecky is identified as an owner of Copyright Registration No. VAu-447-698 for the KWVM. That copyright registration encompasses the final, complete design of the KWVM. Pursuant to the contract with the government and a contracting officer decision dated February 23, 2000, Mr. Lecky was under an obligation to assign his copyright interests to the government. Plaintiff and the government are likely to dispute the scope of and ownership interests in the copyright registration. As a result, Mr. Lecky may now have an interest in appearing as a third-party defendant in this action to establish the scope of his registration, and to establish his right to reproduce the work free from claims of infringement.

By telephone conversation on January 11, 2007, counsel for Plaintiff advised counsel for the government that Plaintiff does not oppose this Motion.

CONCLUSION

For the above reasons, the government respectfully requests that the Court issue notice to William Lecky pursuant to RCFC Rule 14.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

January 12, 2007