# In the United States Court of Federal Claims

No. 06-539C

(Filed: January 24, 2007)

```
********************************** *
                                   *
FRANK GAYLORD,                     *
                                   *
                 Plaintiff,        *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
                                   *
********************************** *
```

**ORDER**

On January 24, 2007, counsel for Defendant filed with the Court an unopposed motion for Rule 14 Notice to William Lecky. Defendant's motion is GRANTED. The Clerk of the Court is directed to issue such notice pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, and the Rules of this Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge