# In the United States Court of Federal Claims

No. 06-539C

(Filed: February 5, 2007)

```
********************************* *
                                  *
FRANK GAYLORD,                    *
                                  *
                 Plaintiff,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
                                  *
********************************* *
```

## ORDER

On February 5, 2007, the Court held a preliminary scheduling conference with counsel for the parties. With the agreement of counsel, the Court established September 28, 2007 as the deadline for the completion of fact discovery. The parties are requested to submit a Joint Stratus Report on or before August 31, 2007 to inform the Court whether the parties anticipate a need for any expert discovery in this case.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge