IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RETURN OF SERVICE OF**
**RULE 14 NOTICE TO WILLIAM LECKY**

Pursuant to Rule 14(b)(5) of the Rules of the Court of Federal Claims, Defendant, the United States ("the government"), hereby files a copy of the return of service upon William Lecky. A copy of the Domestic Return Receipt is attached at Exhibit A, indicating that Notice was served on William Lecky on February 1, 2007. A copy of the Notice is attached at Exhibit B.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

February 8, 2007