Docket

U.S. Department of Justice

Civil Division

SB
154-06-539

Telephone: (202) 307-0262
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

January 26, 2007

**VIA CERTIFIED MAIL – Return Receipt Requested**

William Lecky
1448 Waggaman Circle
McLean, Virginia 22101

Re: *Gaylord v. United States,*
Court of Federal Claims No. 06-539 C

Dear Mr. Lecky:

Pursuant to the January 24, 2007 Order in the above-captioned case, I have enclosed original Notice issued to you by the United States Court of Federal Claims. In addition to the Notice, I have enclosed copies of the:

Plaintiff's Complaint;
Defendant's Answer;
Defendant's Unopposed Motion for Rule 14 Notice to William Lecky; and
January 25, 2007 Letter from Debra Samler to Scott Bolden

If you have any questions, please do not hesitate to call me at the above number.

Very truly yours,

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

cc: Ahmed Davis, Fish & Richardson P.C. (by courier, w/o enclosures)
Eric Mulch, United States Postal Service (by courier, w/o enclosures)

JD

03.0016
154-06-539

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 25, 2007

Scott Bolden, Esquire
U.S. Department of Justice
Civil Division -
Commercial Litigation Branch
8th Floor
1100 L Street, NW
Washington, DC 20530

*Re: Frank Gaylord v. The United States,*
*No. 06-539 C*

Dear Mr Bolden:

On January 24, 2007, Judge Wheeler issued an order, in the above case, granting defendant's motion to notice third party. In accordance with the order and RCFC 14(b)(4) please find, enclosed, the Notice to be issued on William Lecky. As stated in RCFC 14(b)(5), it is the moving party's responsibility to cause the Notice to be served on the individual (or entity) to be notified. If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406. Thank you.

Sincerely,

Debra L. Samler

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Thomas C. Wheeler

# In the United States Court of Federal Claims

**FRANK GAYLORD**

**vs.** **No. 06-539 C**

**THE UNITED STATES**

# NOTICE

**To: William Lecky**
**1448 Waggaman Circle**
**McLean, Virginia 22101**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **plaintiff's complaint, defendant's answer, and defendant's motion to notice third party.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 25th day of January, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

U.S. Postal Service

# CERTIFIED MAIL RECEIPT

*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7001 2510 0002 1940 0633

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| **Total Postage & Fees** | $ | |

*Sent To* William Lecky

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4* McLean, VA 22101

PS Form 3800, January 2001 See Reverse for Instructions