IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 5, 2007 Order, the parties file the following Joint Status Report:

**I. STATUS OF THE CASE**

Fact discovery is nearing completion and is currently scheduled to close on September 28, 2007. Both parties have served discovery requests. Plaintiff's most recent set of discovery requests was served on the government on August 15, 2007, and the government's most recent set of discovery requests was served on Plaintiff on August 22, 2007. The parties will endeavor to respond to the discovery requests by the close of discovery, but will promptly notify the Court if an extension is needed.

**II. EXPERT DISCOVERY**

The parties currently do not anticipate a need for any expert discovery from outside experts in this case. Neither party anticipates calling any witness who is "retained [,] specially employed to provide expert testimony [,] or whose duties as an employee of the party regularly involve giving

expert testimony" within the scope of RCFC 26(a)(2)(B). However, the parties reserve the right to designate experts in view of the responses to the pending discovery requests.

## III. POTENTIAL SUMMARY JUDGMENT MOTIONS

The defendant is considering whether a motion pursuant to RCFC 56 would be appropriate. Counsel for the government has notified counsel for Plaintiff that a Rule 56 motion is being considered addressing two separate issues: (1) summary judgment based on the defense to copyright infringement in Section 120 of Title 17; and (2) partial summary judgment motion based on a limitation of damages. The parties propose that any summary judgment motions must be filed within twenty-one (21) days after the close of fact discovery.

The plaintiff does not intend to file any motions for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

August 31, 2007

Respectfully submitted,

Dated: August 31, 2007

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Of Counsel:

Heidi E. Harvey
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

COUNSEL FOR PLAINTIFF FRANK GAYLORD