# In the United States Court of Federal Claims

No. 06-539C

(Filed: September 5, 2007)

```
********************************** *
                                   *
FRANK GAYLORD,                     *
                                   *
                  Plaintiff,       *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
********************************** *
```

**ORDER**

On August 31, 2007, the parties filed a Joint Status Report in the above-captioned case. As suggested by counsel, the Court hereby directs that the parties file any summary judgment motions on or before October 19, 2007, 21 days after the close of fact discovery on September 28, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge