IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FIRST UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR FACT AND DOCUMENT DISCOVERY**

Defendant, the United States ("the government"), hereby moves pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), to extend the time for fact and document discovery set forth in the Order dated February 5, 2007 by forty-nine (49) days from September 28, 2007, the date now set, to and including November 16, 2007. This is the government's first motion for an enlargement of time for this purpose. By telephone conference on September 27, 2007, counsel for Plaintiff advised counsel for the government that Plaintiff does not oppose this motion.

This enlargement of time is needed by both parties. The requested enlargement will allow the government to obtain and produce additional documents that were archived by the Postal Service and which are believed to be responsive to Plaintiff's recent discovery requests. The requested enlargement will also permit both parties to review and supplement their discovery responses. In addition, counsel for the Plaintiff recently provided notice that designates the Plaintiff as an expert witness. Counsel for the government is considering deposing the Plaintiff, and the requested extension will allow the parties to schedule depositions.

In addition, counsel for the government requests that all deadlines that were contingent on the close of fact discovery be extended. On August 31, 2007, the parties suggested in the Joint Status Report that all summary judgment motions be filed on or before twenty-one (21) days after the close of fact discovery. The Order dated September 5, 2007 adopted this suggestion and set a deadline of October 19, 2007. Thus, counsel requests that the time for summary judgment motions be correspondingly enlarged by forty-nine (49) days to December 7, 2007.

For the above reasons, the government respectfully requests that this unopposed motion be granted, and the time for fact and document discovery be extended to and including November 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

September 27, 2007