# In the United States Court of Federal Claims

No. 06-539C

(Filed: September 28, 2007)

| | |
|---|---|
| ********************************* | * |
| | * |
| FRANK GAYLORD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ********************************* | * |

**ORDER**

On September 27, 2007, counsel for Defendant filed with the Court an unopposed Motion for an Enlargement of Time requesting 49 days, until November 16, 2007, to complete fact and document discovery. For good cause shown, the motion is hereby GRANTED. Accordingly, any summary judgment motions shall now be filed on or before December 7, 2007, 21 days after the close of fact discovery.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge