IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FRANK GAYLORD,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA;<br>Defendant. | No.: 06-539C<br>Judge Thomas C. Wheeler |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR FACT AND DOCUMENT DISCOVERY**

Plaintiff, Frank Gaylord ("Gaylord"), hereby moves pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), to extend the time for fact and document discovery set forth in the Order dated September 28, 2007, by thirty (30) days, up to and including, December 14, 2007.

Fact discovery has previously been extended once by motion of the government (unopposed) from September 28, 2007, to and including November 16, 2007, the date now set.[1]

This is the plaintiff's first motion for an enlargement of time for this purpose. By e-mail correspondence, confirmed in writing on November 14, 2007, counsel for the government advised counsel for Plaintiff that the government does not oppose this motion.

As grounds for the requested enlargement of time, the Plaintiff states as follows:

Discovery to date has proceeded amicably, and the requested enlargement is intended to permit both parties to review, follow-up, and supplement, if necessary, discovery responses in an amicable fashion.

[1] The undersigned counsel for plaintiff attempted in good faith to file this motion on Friday, November 16, 2007, but had password problems with the CM/ECF electronic filing service. Counsel contacted the clerk's office and was unable to resolve the problem until today.

Specifically, the government has requested and is entitled to copies of certain original materials (photos, books, notebooks) from the home of Plaintiff, which the government inspected on October 30, 2007. The government also conducted the depositions of two witnesses, including Frank C. Gaylord II, on October 30-31, 2007, and the Plaintiff conducted re-examination. The transcripts of those depositions are not yet available. Plaintiff is proceeding as quickly as possible to comply with the request, but the turnaround time has been slow due to the difficulty of some of the material, which are originals of awkward sizes and colors, as well as the absence in the past month of the bulk of the paralegal staff from counsel's office due to assignment to a large trial being conducted in Texas, which has placed large demands on the time of the remaining staff.

Plaintiff also recently received documents responsive to the requests of the government in the possession of a third party, Attorney Ann Garfinkle, who represented the Plaintiff at one point in its negotiations regarding the underlying commission for the Korean War Veterans' Memorial. Plaintiff has received an expedited copy of Ms. Garfinkle's file and has designated it for copying and production to the government. The discovery close of November 16, 2007, however, does not, Plaintiff acknowledges, afford the government adequate time to review the documents and determine whether further discovery is necessary.

In addition, the government has raised several discovery issues which Plaintiff is unable to fully respond to until all the recent documents have been produced and the transcripts of deposition received.

In addition, counsel for the Plaintiff requests that all deadlines that were contingent on the close of fact discovery be extended. Currently, all summary judgment motions be filed on or before twenty-one (21) days after the close of fact discovery, or December 7, 2007. Plaintiff requests that the new deadline for summary judgment motions be set for thirty (30) days, up to and including January 14,

2007, following the new discovery deadline of December 14, 2007, to avoid the deadline for summary judgment falling over the New Year's Holiday. The government's counsel has advised that it may file motions for summary judgment and has stated that it does not oppose this requested enlargement of time. Plaintiff does not contemplate filing any motions for summary judgment, but reserves the right to cross-move in response to any government motion in an appropriate circumstance.

For the above reasons, the Plaintiff respectfully requests that this unopposed motion be granted, and the time for fact and document discovery be extended to and including December 14, 2007.

Dated: November 19, 2007

/s/ Ahmed J. Davis

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Heidi E. Harvey
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Counsel for Plaintiff Frank C. Gaylord II

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR FACT AND DOCUMENT DISCOVERY was sent by first class mail, postage prepaid on this 19th day of November, 2007 to:

/s/ Ahmed J. Davis

enlargement.doc