# In the United States Court of Federal Claims

No. 06-539C

(Filed: November 19, 2007)

```
*********************************  *
                                   *
FRANK GAYLORD,                     *
                                   *
                   Plaintiff,      *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                   Defendant.      *
                                   *
*********************************  *
```

**ORDER**

On November 19, 2007, counsel for Defendant filed with the Court an unopposed Motion for an Enlargement of Time requesting 30 days, until December 14, 2007, to complete fact and document discovery. For good cause shown, the motion is hereby GRANTED. Accordingly, any summary judgment motions shall now be filed on or before January 14, 2008, 30 days after the close of fact discovery.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge