IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 06-539C<br><br>Judge Thomas C. Wheeler |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR FACT AND DOCUMENT DISCOVERY**

Defendant, the United States ("the government"), hereby moves pursuant to Rule 6(b) of the Rules of the Court of Federal Claims (RCFC), to extend the time for fact and document discovery set forth in the Order dated November 19, 2007 by twenty-eight (28) days from December 14, 2007, the date now set, to and including January 11, 2008. This is the government's second motion for an enlargement of time for this purpose. By telephone conference on December 14, 2007, counsel for Plaintiff advised counsel for the government that Plaintiff does not oppose this motion.

This enlargement of time is needed by both parties. The requested enlargement will allow the government time to consider a settlement proposal recently received from Plaintiff. The requested enlargement will also allow the Plaintiff additional time to respond to the government's requests to supplement Plaintiff's discovery responses.

In addition, counsel for the government requests that all deadlines that were contingent on the close of fact discovery be similarly extended. The Order dated November 19, 2007 set a deadline for summary judgment motions to be filed on or before January 14, 2008. Thus, counsel

requests that the time for summary judgment motions be correspondingly enlarged by twenty-eight (28) days to February 11, 2008.

For the above reasons, the government respectfully requests that this unopposed motion be granted, and the time for fact and document discovery be extended to and including January 11, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

December 14, 2007