# In the United States Court of Federal Claims

No. 06-539C

(Filed: December 17, 2007)

```
********************************** *
                                   *
FRANK GAYLORD,                     *
                                   *
                   Plaintiff,      *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                   Defendant.      *
                                   *
********************************** *
```

**ORDER**

On December 14, 2007, counsel for Defendant filed with the Court an unopposed Motion for an Enlargement of Time requesting 28 days, until January 11, 2008, to complete fact and document discovery. For good cause shown, the motion is hereby GRANTED. Accordingly, any summary judgment motions shall now be filed on or before February 11, 2008, 30 days after the close of fact discovery.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge