# In the United States Court of Federal Claims

No. 06-539C

(Filed: February 21, 2008)

```
*********************************  *
                                   *
FRANK GAYLORD,                     *
                                   *
                   Plaintiff,      *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                   Defendant.      *
                                   *
*********************************  *
```

**ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference on March 5, 2008 at 11:00 AM. The conference will be on the record. Counsel for the parties shall be prepared to discuss a trial schedule in the above-captioned case.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge