**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FRANK GAYLORD,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA;<br>Defendant. | No.: 06-539C |

**UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL**

Plaintiff Frank Gaylord (hereinafter "Gaylord"), hereby moves pursuant to Rule 83.1(C)(4) of the Rules of the Court of Federal Claims ("RCFC"), and in accordance with instructions given by the Court in the telephonic conference of March 5, 2008, to substitute Heidi E. Harvey of Fish & Richardson P.C. as lead counsel. Both an Affidavit of Appointment and Consent of Previous Attorney are attached hereto.

Dated: March 7, 2008

/s/ Heidi E. Harvey

Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Heidi E. Harvey
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Counsel for Plaintiff Frank C. Gaylord II

**CONSENT OF PREVIOUS ATTORNEY OF RECORD**

I, Ahmed J. Davis, hereby consent to the substitution of Heidi E. Harvey as lead counsel and counsel of record for Plaintiff Frank Gaylord.

/s/ Ahmed J. Davis

**AFFIDAVIT OF APPOINTMENT AS ATTORNEY OF RECORD**

I, Heidi E. Harvey, hereby consent to substitution as lead counsel and counsel of record for Plaintiff Frank Gaylord.

/s/ Heidi E. Harvey

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL was sent by first class mail, postage prepaid on this 7th day of March, 2008 to:

Scott Bolden
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

Attorney for Defendant

/s/ Heidi E. Harvey