IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Frank C. Gaylord II ("Gaylord"), and Defendant the United States ("the government"), hereby jointly move for entry of the attached Stipulated Protective Order, executed by counsel for the parties.

Plaintiff Gaylord brought this action for compensation pursuant to Section 1498(b) of Title 28 for the alleged infringement of his copyright in a sculpture that was incorporated into the Korean War Veterans Memorial (KWVM). On July 27, 2003, the United States Postal Service ("Postal Service") issued a 37-cent postage stamp commemorating the KWVM ("the KWVM Stamp"). Mr. Gaylord alleges that the KWVM Stamp infringed his copyright in the sculpture.

The attached Stipulated Protective Order is necessary in order to permit the parties to conduct discovery and pre-trial preparations in an orderly fashion, especially in light of the fact that documents containing proprietary information have been requested for production. The parties briefly discussed this issue with the Court during the telephonic scheduling conference on March 5, 2008.

Accordingly, the parties jointly request that this Motion be granted and that the attached Stipulated Protective Order be entered.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director

s/ Scott Bolden

SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

March 24, 2008

Attorneys for Defendant the United States

Date: 3/24/08

Heidi E. Harvey
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Counsel for Plaintiff Frank C. Gaylord II