IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FRANK GAYLORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-539C |
| ) | |
| THE UNITED STATES, ) | Judge Thomas C. Wheeler |
| ) | |
| Defendant. ) | |

**STIPULATED UNCONTESTED MATERIAL FACTS**

Pursuant to the Court's Order of March 5, 2008, Plaintiff Frank C. Gaylord II ("Gaylord") and Defendant the United States ("the government") hereby respectfully submit their Stipulated Uncontested Material Facts.

**AGREED UPON FACTS**

1. The Plaintiff, Frank C. Gaylord II, resides in Barre, Vermont.

2. The United States Postal Service ("Postal Service") is "an independent establishment of the executive branch of the Government of the United States." 39 U.S.C. § 201. The Postal Service has post offices and branches throughout the United States.

3. Cooper-Lecky Architects ("CLA") was the prime contractor under the Department of the Army Corps of Engineers contract for the creation, construction and installation of the Korean War Veterans Memorial ("KWVM").

4. During 1990, CLA sponsored an open competition to select the figural sculptor for the sculptural component to be included in the KWVM. Mr. Gaylord participated in the competition and was selected as the sculptor.

5. The work-in-suit is a sculpture that features 19 statues representing a platoon of soldiers in formation. It is entitled "The Column" and it is part of the KWVM on the National Mall in Washington D.C.

6. Mr. Gaylord was assisted by his son-in-law, John Triano. Mr. Triano helped Mr. Gaylord with some of the labor of creating "The Column," and was responsible for handling the business, the accounting, and the paperwork for Mr. Gaylord's studio.

7. "The Column" was completed and installed as part of the KWVM in 1995.

8. The KWVM was dedicated on July 27, 1995, the forty-second anniversary of the armistice of the Korean War.

9. Generally speaking, the KWVM consists of three primary components: "The Column" sculpture; the mural wall; and the reflecting pool.

10. CLA selected an artist named Louis Nelson as the muralist for the mural wall. CLA was responsible for designing the reflecting pool.

11. Mr. Gaylord submitted copyright applications for the copyright registrations on the work "The Column" and received certificates of registration for the same.

12. In January 1996, a photographer named John Alli visited the KWVM during a snowstorm and took a photograph ("the Alli Photo").

13. In 2002, the United States Postal Service ("Postal Service") decided to issue a 37-cent postage stamp commemorating the fiftieth anniversary of the armistice of the Korean War. The Postal Service decided to incorporate the Alli Photo into the stamp image.

14. On July 27, 2003, the Postal Service issued the stamp ("the Stamp").

15. The Postal Service produced approximately 86.8 million Stamps before the Stamp was retired on March 31, 2005, as well as a variety of other retail goods featuring images of the Stamp.

16. The Postal Service did not seek Mr. Gaylord's permission to depict the work "The Column" on the Stamp or any related retail goods.

17. The Stamp and the related retail goods did not identify Mr. Gaylord as the sculptor of "The Column."

18. The Postal Service admits to receiving $17,726,917.19 from the sale of 47,910,587 Stamps, excluding those Stamps that were included in other philatelic merchandise.

19. The Postal Service licensed third-parties at a royalty of 8% of net sales for the non-exclusive right to use the image of the Stamp on retail goods. The Postal Service received $17,831.93 in revenue from these licenses.

20.     The following revenues and costs are associated with the retail goods that featured the Stamp:

| Product | Revenues | Costs |
|---|---|---|
| The American Commemorative Panel | $63,792.25 | $15,990.00 |
| Cancellation Pages | $23,360.00 | $2,250.00 |
| American Commemorative Collection Sheets | $34,703.50 | $1,195.00 |
| First Day of Issuance Ceremony Program | $2,341.35 | $0.00 |
| First Day of Issue Covers | $9,650.25 | $2,580.90 |
| Cancellation Keepsake (pane of 20 stamps with First Day of Issue Cover) | $36,153.40 | *See NOTE |
| Lapel Pin | $25,481.84 | $23,278.00 |
| Postcard | $9,407.68 | $5,591.00 |
| Magnet | $11,571.51 | $12,051.00 |
| Framed Art | $114,457.71 | $68,472.60 |

*NOTE: The parties dispute the Postal Service's costs associated with the Cancellation Keepsake.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | GREGORY G. KATSAS<br>Acting Assistant Attorney General |
|  | JOHN J. FARGO<br>Director |
|  |  s/ Scott Bolden<br>SCOTT BOLDEN<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, DC  20530<br>Telephone:    (202) 307-0262 |
| May 16, 2008 | Facsimile:     (202) 307-0345 |
|  | Attorneys for Defendant the United States |
|  |  /s/ Heidi E. Harvey<br>Heidi E. Harvey<br>FISH & RICHARDSON P.C.<br>225 Franklin Street |
| May 16, 2008 | Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906 |
|  | Counsel for Plaintiff Frank C. Gaylord II |