IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

Defendant, the United States ("the government"), hereby provides its Exhibit List, pursuant to the Pretrial Order filed March 5, 2008. The following may be used at trial for case-in-chief or rebuttal purposes. The government reserves the right to introduce any exhibits, such as demonstratives, prepared for trial to aid a witness in presenting testimony.

Documents marked with the word **PROTECTED** have been previously designated as Protected Material under Paragraph I of the Protective Order.

| Defendant Exhibit No. | Exhibit Description | Exhibit Date | Exhibit Bates Nos. |
|---|---|---|---|
| 1 | KWVM Sculptor Selection Procedure Brochure | 01/01/1990 | FG 922-25 |
| 2 | Architect-Engineer Contract between CLA and USACE | 04/11/1990 | G1-193 |
| 3 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 30) | 05/28/1992 | FG 0054-55 |
| 4 | Letter from Gaylord to Cooper (Gaylord Dep. Ex. 31) | 06/02/1992 | FG 0057-58 |
| 5 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 32) | 07/09/1992 | FG 0066-68 |

| | | | |
|---|---|---|---|
| 6 | Letter Agreement between Gaylord and CLA (Triano Dep. Ex. 21) | 01/14/1993 | FG 0148-54 |
| 7 | Memorandum from Cooper to Gaylord (Gaylord Dep. Ex. 33) | 02/24/1993 | FG 0166 |
| 8 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 34) | 03/15/1993 | FG 0167-69 |
| 9 | Memorandum from CLA Meeting | 09/12/1993 | FG 201 |
| 10 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 35) | 09/12/1993 | FG 0201 |
| 11 | Memorandum from CLA Meeting | 09/17/1993 | FG 202-03 |
| 12 | Copyright Registration No. Vau 280-954 (attached to Complaint) | 11/15/1993 | Attached to Complaint |
| 13 | Copyright Registration No. Vau 280-955 (attached to Complaint) | 11/18/1993 | Attached to Complaint |
| 14 | Letter Agreement between Gaylord and CLA (Triano Dep. Ex. 27) | 01/25/1994 | FG 0234-36 |
| 15 | Copyright Registration No. Vau 306-934 (attached to Complaint) | 08/12/1994 | Attached to Complaint |
| 16 | Copyright Registration No. Vau 326-676 | 12/30/1994 | G220-21 |
| 17 | Copyright Registration No. Vau 326-679 | 12/30/1994 | G222-23 |
| 18 | Copyright Licensing Agreement (Triano Dep. Ex. 16) | 02/08/1995 | FG 0343-50 |
| 19 | Copyright Registration No. Vau 402-655 | 03/13/1995 | G225-26 |
| 20 | Master License Agreement (Triano Dep. Ex. 17) | 03/13/1995 | FG 0370-82 |
| 21 | Copyright Registration No. Vau 342-493 (attached to Complaint) | 05/01/1995 | Attached to Complaint |
| 22 | Letter from Gaylord to Lecky (Triano Dep. Ex. 25) | 09/03/1995 | FG 0520-21 |

| | | | |
|---|---|---|---|
| 23 | World Travel Royalty Report (Triano Dep. Ex. 6) | 10/26/1995 | FG 0557-63 |
| 24 | John Alli's "Real Life" Photograph | 01/07/1996 | G2312 |
| 25 | Letter from Triano to Learst (Triano Dep. Ex. 7) | 02/08/1996 | FG 618 |
| 26 | Letter from Triano to Wynne; Royalty Report Response (Triano Dep. Ex. 8) | 04/08/1996 | FG 623-30 |
| 27 | World Travel Royalty Report, 2nd and 4th quarters of 1996 (Triano Dep. Ex. 9) | 04/16/1997 | FG 690-91 |
| 28 | Letter from Gaylord to Weber (Gaylord Dep. Ex. 38) | 05/15/1997 (estimated) | FG 0701-02 |
| 29 | Copyright Registration No. Vau 447-698 | 07/17/1998 | G227-28 |
| 30 | Contracting Officer's Decision (Triano Dep. Ex. 11) | 02/23/2000 | FG 0745-54 |
| 31 | Letter from Triano to Lecky (Triano Dep. Ex. 12) | 02/28/2000 | FG 0755 |
| 32 | Letter from Triano to Ryals (Triano Dep. Ex. 13) | 02/29/2000 | FG 0759-61 |
| 33 | Letter Agreement between Gaylord and Morton (Triano Dep. Ex. 18) | 09/02/2002 | FG 0791 |
| 34 | Letter from Johanson to Triano (Triano Dep. Ex. 15) | 10/07/2002 | FG 0809-10, FG 687 |
| 35 | Costs - Contract between USPS and Banknote Corp. of America | 03/24/2003 | G646-709 |
| 36 | Costs - Contract between USPS and Banknote Corp. of America | 03/24/2003 | G891-947 |
| 37 | KWVM Stamp Image | 07/27/2003 | See Postcard, Stamps |
| 38 | Stamp Retention Survey | 12/01/2003 | G2408-66 |
| 39 | Complaint filed by Plaintiff against John Alli | 07/26/2006 | N/A |

| | | | |
|---|---|---|---|
| 40 | Triano Summary of KWVM Activity (Triano Dep. Ex. 5) | 04/17/2007 | FG 0934 |
| 41 | Settlement Agreement between Gaylord and Alli (Triano Dep. Ex. 19) | 04/25/2007 | FG 1322-41 |
| 42 | KWVM Photos | 09/24/2007 | G2472-506 |
| 43 | Plaintiff's Updated Responses and Objections to Defendant's First Requests for Admissions | 12/27/2007 | N/A |
| 44 | Plaintiff's Updated Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-10) (excerpts) | 01/02/2008 | N/A |
| 45 | First Triano Ledger Book - **PROTECTED** | 04/09/2008 | G2577-87 |
| 46 | Second Triano Ledger Book - **PROTECTED** | 04/09/2008 | G2588-610 |
| 47 | Alli Stamp Income - **PROTECTED** | Unknown | FG1344 |
| 48 | Framed Art Image | Unknown | G2512 |
| 49 | Picture of Gaylord's Lion "Erotic" Sculpture, from Gaylord Retrospective (Gaylord Dep. Ex. 40) | Unknown | Gaylord Dep. Ex. 40 |
| 50 | Pictures (3) of Gaylord's Jim Henson / Kermit the Frog Sculpture, from Gaylord Retrospective (Gaylord Dep. Ex. 40) | Unknown | Gaylord Dep. Ex. 40 |
| 51 | Stamp Inventory Data | Unknown | G2471 |

In addition, the government reserves the right to introduce designated portions of the transcripts from the John Triano and Frank Gaylord depositions, consistent with the rules and orders of this Court.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOHN J. FARGO
Director

s/ Scott Bolden

SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

May 16, 2008

Attorneys for Defendant the United States