IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-539C |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Defendant, the United States ("the government"), hereby submits its Witness List, pursuant to the Pretrial Order filed March 5, 2008.

The government ***will*** call the following witnesses for its case-in-chief or for rebuttal for the trial in the above-referenced case set to begin on June 16, 2008:

1. William Lecky
   1448 Waggaman Circle
   McLean, Virginia 22101

Mr. Lecky will testify concerning: his business relationship with the Plaintiff; ownership of the copyrights related to the Korean War Veterans Memorial (KWVM); his agreement(s) with John Alli; his role as a principal member of Cooper-Lecky Architects (CLA); and the creation of the KWVM.

Estimated time needed for direct examination: 4 hours.

2. John Alli
   8 Fairfield Drive
   Catonsville, Maryland 21228

Mr. Alli will testify concerning: his creation of the Alli Photo; his efforts to license and sell the Alli Photo; his income related to the Alli Photo; his experience as a photographer, including his employment history, his work, and his other photographs; his agreements with the government, including the United States Postal Service ("Postal Service"); his agreement(s) with William Lecky; and his settlement agreement with the Plaintiff.

Estimated time needed for direct examination: 4 hours.

In addition, the government ***may*** call the following witnesses for trial in the above-referenced case set to begin on June 16, 2008:

3. Frank C. Gaylord II
   Plaintiff

The government may call Mr. Gaylord to testify concerning: his business relationship with CLA; his relationship with the members of CLA, the VAB, and the FAC; his sculpting work on "The Column"; his compensation for "The Column"; his experience as a sculptor, including his employment history, his work, and his sculptures; and his settlement agreements relating to "The Column." He may testify either by live testimony, deposition designations, or admissions under FRE 801(d)(2).

Estimated time needed for direct examination: 3 hours.

4. John Triano
   Plaintiff's agent

The government may call Mr. Triano to testify concerning: his business relationship with Plaintiff; his relationship with the members of CLA, the VAB, and the FAC; his work on "The Column"; his compensation for "The Column"; and his accounting and legal work on behalf of Plaintiff. He may testify either by live testimony, deposition designations, or admissions under FRE 801(d)(2).

Estimated time needed for direct examination: 3 hours.

5. Richard G. Loutsch
   Manager Financial Forecasting and Analysis
   475 L'Enfant Plaza SW
   Washington, DC 20260-5323

The government may call Mr. Loutsch to testify concerning: his employment at the Postal Service; his knowledge of Postal Service operations; Postal Service revenues and costs; the revenue collected from postage stamps as it relates to Postal Service operations; and the Postal Service's financial "break-even" requirement.

Estimated time needed for direct examination: 2 hours.

6. Charles Delaney
Manager of Stamp Acquisition and Distribution
1735 N. Lynn St
Arlington, Virginia 22209-6432

The government may call Mr. Delaney to testify concerning: his employment at the Postal Service; his knowledge of Postal Service operations; the Postal Service's costs and expenses in printing postage stamps; and the Postal Service's destruction of unused postage stamps.

Estimated time needed for direct examination: 1 hour.

7. David E. Failor
Executive Director, Stamp Services
1735 North Lynn St., Suite 5018
Arlington, Virginia 22209-6432

The government may call Mr. Failor to testify concerning: his employment at the Postal Service; his knowledge of Postal Service operations; the Postal Service's estimates regarding retention of postage stamps.

Estimated time needed for direct examination: 2 hours.

8. Terry McCaffrey
Manager, Stamp Development
1735 North Lynn St., Suite 5018
Arlington, Virginia 22209-6432

The government may call Mr. McCaffrey to testify concerning: his employment at the Postal Service; his knowledge of Postal Service operations; the Postal Service's acquisition of rights and images to create stamps; the agreements used to acquire images for stamps; and compensation paid to acquire images for stamps.

Estimated time needed for direct examination: 2 hours.

9. Cindy Tackett
Manager Stamp Products And Exhibitions
1735 N. Lynn St
Arlington, Virginia 22209-6432

The government may call Ms. Tackett to testify concerning: her employment at the Postal Service; her knowledge of Postal Service operations; and the Postal Service's use of philatelic products.

Estimated time needed for direct examination: 1 hour.

10. Custodians of records for government documents and contractor documents, including contracts between the government and its contractor.

The government may call custodians of records for government documents and contractor documents to testify concerning: the admissibility of the government's proposed exhibits if necessary.

Estimated time needed for direct examination: 45 minutes.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOHN J. FARGO
Director

s/ Scott Bolden
SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

May 16, 2008

Attorneys for Defendant the United States