IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANK GAYLORD,

Plaintiff,

v.

THE UNITED STATES OF AMERICA;

Defendant.

No.: 06-539C

**PLAINTIFF'S PROPOSED TRIAL EXHIBIT LIST**

Plaintiff, Frank Gaylord ("Gaylord"), hereby provides its Exhibit List, pursuant to the Pretrial Order filed March 5, 2008. The following may be used at trial for case-in-chief or rebuttal purposes. Gaylord reserves the right to introduce any exhibits, such as demonstratives, prepared for trial to aid a witness in presenting testimony.

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | OBJECTIONS: |
|---|---|---|---|---|
| 1 | ORIGINAL-The Korean War Veterans Memorial Sculptor Selection Procedure | < March 1990 | Triano & Gaylord Depo. Ex. 20<br><br>FG 000922-25 | |
| | | | | |
| 2 | ORIGINAL -Resume of Frank Chalfant Gaylord II | Approx. March 1990 | Gaylord Depo. Ex. 28<br><br>FG 001046-48 | |
| | | | | |
| 3 | ORIGINAL- Portfolio of Frank Gaylord II Works, Photos of Studio and Workshops | Approx. March 1990 | Gaylord Depo. Ex. 41A<br><br>FG 001409-123 | |
| | | | | |
| 4 | ORIGINAL-Slide Presentation (narration text) | Approx. March 1990 | Gaylord Depo. Ex. 41B<br>FG 00124-00130 | |
| | | | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | OBJECTIONS: |
|---|---|---|---|---|
| 5 | ORIGINAL-Requested Statement | Approx. March 1990 | Gaylord Depo. Ex. 41C | |
| 6 | ORIGINAL --United States Copyright Registration VAu 187 193 "Korean War Memorial Sketch Models" and author's copy (photographs) of deposit materials | 1990-07-26 | FG000004-000009 | |
| | | | | |
| 7 | "Mine" A Short Essay on Being Oppressed to Give up My Copyrights to My Sculpture Figure Composition of Sixteen or Nineteen Men, Give up My Copyrights to a Powerful Agency Who Would Take the Credit and Proceeds for My Work on The Korean War Veterans Memorial | 1992-11-02 | AMG 000246 | |
| | | | | |
| 8 | Letter Agreement re artists' services between Gaylord and Cooper-Lecky Architects | 1993-01-14 | Triano Depo. Ex. 21<br><br>FG 00148-54 | |
| | | | | |
| 9 | Certified Copy of United States Copyright Registration No. VAu 280 954 "The Column" | 1993-11-15 | | |
| | | | | |
| 10 | Author's copy of United States Copyright Registration VAu 280 954 "The Column" and deposit materials (photographs) | 1993-11-15 | FG 000213-000214 | |
| | | | | |
| 11 | Certified Copy of United States Copyright Registration No. VAu 280 955 "The Column" | 1993-11-18 | | |
| | | | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | OBJECTIONS: |
|---|---|---|---|---|
| 12 | Author's copy of United States Copyright Registration VAu 280 955 "The Column" and deposit materials (photographs) | 1993-11-18 | FG 000215-000216 | |
| | | | | |
| 13 | Amendment to Letter Agreement re artists' service between Gaylord and Cooper-Lecky Architects | 1994-01-25 | Triano Depo. Ex. 27<br>FG 00234-36 | |
| | | | | |
| 14 | Letter from Lecky to Louis Nelson and Gaylord re: withdrawn claim for copyright ownership and Advisory Board issues | 1994-05-09 | Triano Depo. Ex. 22<br>FG 000242-43 | |
| | | | | |
| 15 | Certified Copy of United States Copyright Registration No. VAu 306 934 "The Column" and deposit materials | 1994-08-12 | | |
| | | | | |
| 16 | Author's copy of United States Copyright Registration VAu 306 934 "The Column" | 1994-08-12 | FG 000256-000257 | |
| | | | | |
| 17 | Agreement for Copyright Licensing Program entered into 8 February 1995 between F.C. Gaylord Sculpture Studios, Cooper-Lecky Architects, and KWVM Productions | 1995-02-08 | Triano Depo. Ex. 16<br>FG 000343-350 | |
| | | | | |
| 18 | Master License Agreement entered into 13 March 1995 between F.C. Gaylord Sculpture Studios, and Korean War Veterans Memorial Dedication Foundation | 1995-03-13 | Triano Depo. Ex. 17<br>FG 000370-382 | |
| | | | | |
| 19 | Certified Copy of United States Copyright Registration No. VAu 342 493 "The Column" and deposit materials | 1995-05-01 | | |
| | | | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | OBJECTIONS: |
|---|---|---|---|---|
| 20 | Author's copy of United States Copyright Registration No. VAu 342 393 "The Column" and copies of deposit materials | 1995-05-01 | FG 000412-413 | |
| | | | | |
| 21 | Certified Copy of United States Copyright Registration No. VA 716-095 "The Column" and deposit materials | 1995-05-01 | | |
| | | | | |
| 22 | Author's copy of United States Copyright Registration No. VA 716-095 "The Column" and deposit materials | 1995-05-01 | FG 000411-000412 | |
| | | | | |
| 23 | Photo-KWVM Dedication Monument | 1995-07-27 | Gaylord Dep. Ex. 42, p. 124; FG 001184 | |
| | | | | |
| 24 | Letter from Gaylord to Lecky regarding termination of agreement | 1995-09-03 | Triano Depo. Ex. 25<br><br>FG 000520-21 | |
| | | | | |
| 25 | Letter from Andrew Morton to Triano re Korean War Veterans Memorial acceptance of terms | 2002-08-31 | Triano Depo. Ex. 18<br><br>FG 000791 | |
| | | | | |
| 26 | ORIGINAL-Korean War Veterans Memorial sheet of stamps | 2003-07-27 | Triano & Gaylord Depo. Ex. 24<br><br>FG 000857 | |
| | | | | |
| 27 | ORIGINAL-Korean War Veterans Memorial merchandise examples (postcard, pin and magnet) | 2003-07-27 | Postcard: Triano Depo. Ex. 23; FG 000856<br><br>Pin: FG 000855<br><br>Magnet: FG000854 | |
| | | | | |
| 28 | Printout-USPS Website Announcement of Issuance of Korean War Commemorative Stamp | 2003-07-27 | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | OBJECTIONS: |
|---|---|---|---|---|
| 29 | National Stamp Retention | 2003-12 | GO2408-2466 | |
| 30 | "Stamp collectors mean big business to post office" USA TODAY | 2005-05-15 | FG 001345-1347 | |
| 31 | Settlement Agreement between Gaylord and Alli | 2007-04-25 | G02301-2317<br>Triano Ex. 19 | |
| 32 | Defendant's Response to Interrogatory No. 9 | 2007-09-26 | | |
| 33 | Defendant's Response to Interrogatory No. 10 | 2007-09-26 | | |
| 34 | Defendant's First Supplemental Response to Interrogatory No. 9 | 2007-11-15 | | |
| 35 | ORIGINAL-DVD of Work Retrospective by Frank Gaylord II | 2007-10-31 | Gaylord Depo. Ex. 40<br>FG 001321 | |
| 36 | Plaintiff's Summary of Damages Claim, Exhibit E to Plaintiff's Response to Defendant's Interrogatory No. 8 | 2008-01-02 | | |
| 37 | Plaintiff's Updated Summary of Damages | 2008-05-16 | | |

Dated: May 16, 2008

/s/ Heidi E. Harvey

Heidi E. Harvey
MA 548114
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070
(617) 542-8906

Attorneys for Plaintiff

21942769.doc