IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANK GAYLORD,

Plaintiff,

v.

THE UNITED STATES OF AMERICA;

Defendant.

No.: 06-539C

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS**

Plaintiff Frank Gaylord ("Gaylord") hereby respectfully submits its Objections to Defendant's Proposed Exhibits, pursuant to the Pre-Trial Order filed March 5, 2008.

| Defendant Exhibit No. | Exhibit Description | Exhibit Date | Exhibit Bates Nos. | Plaintiff's Objections |
|---|---|---|---|---|
| 1 | KWVM Sculptor Selection Procedure Brochure | 01/01/1990 | FG 922-25 | Stipulated as to content, but a duplicate of Plaintiff's Exhibit 1, which is an original. FRE 1002-1003 |

| | | | | |
|---|---|---|---|---|
| 2 | Architect-Engineer Contract between CLA and USACE | 04/11/1990 | G1-193 | This is a contract between third parties to the action. Plaintiff objects on the grounds that the testimony of a witness with knowledge of the document must authenticate it and establish its relevance to this matter. To the extent it is not offered for its legal relevance, it is hearsay. FRE 402, 802, 901(a). |
| 3 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 30) | 05/28/1992 | FG 0054-55 | Plaintiff objects on the grounds of hearsay. FRE 802. |
| 4 | Letter from Gaylord to Cooper (Gaylord Dep. Ex. 31) | 06/02/1992 | FG 0057-58 | Plaintiff has no objection. |
| 5 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 32) | 07/09/1992 | FG 0066-68 | Plaintiff objects on the grounds of hearsay. FRE 802. |
| 6 | Letter Agreement between Gaylord and CLA (Triano Dep. Ex. 21) | 01/14/1993 | FG 0148-54 | Stipulated; same as Plaintiff's Proposed Exhibit 8. |
| 7 | Memorandum from Cooper to Gaylord (Gaylord Dep. Ex. 33) | 02/24/1993 | FG 0166 | Plaintiff objects on the grounds of hearsay. FRE 802. |
| 8 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 34) | 03/15/1993 | FG 0167-69 | Plaintiff objects on the grounds of hearsay. FRE 802. |
| 9 | Memorandum from CLA Meeting | 09/12/1993 | FG 201 | Plaintiff understands that Defendant's Proposed Ex. 9 is being withdrawn as duplicative of Defendant's Proposed Ex. 10. |
| 10 | Memorandum from CLA Meeting (Gaylord Dep. Ex. 35) | 09/12/1993 | FG 0201 | Plaintiff objects on the grounds of hearsay. FRE 802. |
| 11 | Memorandum from CLA Meeting | 09/17/1993 | FG 202-03 | Plaintiff objects on the grounds of hearsay. FRE 802. |
| 12 | Copyright Registration No. Vau 280-954 (attached to Complaint) | 11/15/1993 | Attached to Complaint | Stipulated as to content, but an incomplete partial duplicate of Plaintiff's Proposed Exhibit 9, which is a certified copy. FRE 902(1), 1002-1003 |

| | | | | |
|---|---|---|---|---|
| 13 | Copyright Registration No. Vau 280-955 (attached to Complaint) | 11/18/1993 | Attached to Complaint | Stipulated as to content, but an incomplete partial duplicate of Plaintiff's Proposed Exhibit 11, which is a certified copy. FRE 902(1),1002-1003. |
| 14 | Letter Agreement between Gaylord and CLA (Triano Dep. Ex. 27) | 01/25/1994 | FG 0234-36 | Stipulated; same as Plaintiff's Proposed Exhibit 13. |
| 15 | Copyright Registration No. Vau 306-934 (attached to Complaint) | 08/12/1994 | Attached to Complaint | Stipulated as to content, but an incomplete partial duplicate of Plaintiff's Proposed Exhibit 15, which is a certified copy. FRE 902(1),1002-1003. |
| 16 | Copyright Registration No. Vau 326-676 | 12/30/1994 | G220-21 | Plaintiff objects on the grounds of authenticity, relevance, and hearsay. The proposed exhibit is a photocopy of a copyright registration certificate filed by a third party, which does not include the deposit materials. As such, its relevance to the case cannot be determined and statements in the registration are hearsay. FRE 402, 802, 901(a). |
| 17 | Copyright Registration No. Vau 326-679 | 12/30/1994 | G222-23 | Plaintiff objects on the grounds of authenticity, relevance, and hearsay. The proposed exhibit is a photocopy of a copyright registration certificate filed by a third party, which does not include the deposit materials. As such, its relevance to the case cannot be determined and statements in the registration are hearsay. FRE 402, 802, 901(a). |
| 18 | Copyright Licensing Agreement (Triano Dep. Ex. 16) | 02/08/1995 | FG 0343-50 | Stipulated; same as Plaintiff's Proposed Exhibit 18. |

| | | | | |
|---|---|---|---|---|
| 19 | Copyright Registration No. Vau 402-655 | 03/13/1995 | G225-26 | Plaintiff objects on the grounds of authenticity, relevance, and hearsay. The proposed exhibit is a photocopy of a copyright registration certificate filed by a third party, which does not include the deposit materials. As such, its relevance to the case cannot be determined and statements in the registration are hearsay. FRE 402, 802, 901(a). |
| 20 | Master License Agreement (Triano Dep. Ex. 17) | 03/13/1995 | FG 0370-82 | Stipulated; same as Plaintiff's Proposed Exhibit 18. |
| 21 | Copyright Registration No. Vau 342-493 (attached to Complaint) | 05/01/1995 | Attached to Complaint | Stipulated as to content, but an incomplete partial duplicate of Plaintiff's Proposed Exhibit 19, which is a certified copy. FRE 902(1),1002-1003. |
| 22 | Letter from Gaylord to Lecky (Triano Dep. Ex. 25) | 09/03/1995 | FG 0520-21 | Stipulated; same as Plaintiff's Proposed Exhibit 24. |
| 23 | World Travel Royalty Report (Triano Dep. Ex. 6) | 10/26/1995 | FG 0557-63 | Plaintiff has no objection. |
| 24 | John Alli's "Real Life" Photograph | 01/07/1996 | G2312 | Plaintiff has no objection. |
| 25 | Letter from Triano to Learst (Triano Dep. Ex. 7) | 02/08/1996 | FG 618 | Plaintiff has no objection. |
| 26 | Letter from Triano to Wynne; Royalty Report Response (Triano Dep. Ex. 8) | 04/08/1996 | FG 623-30 | Plaintiff has no objection. |
| 27 | World Travel Royalty Report, 2nd and 4th quarters of 1996 (Triano Dep. Ex. 9) | 04/16/1997 | FG 690-91 | Plaintiff has no objection. |
| 28 | Letter from Gaylord to Weber (Gaylord Dep. Ex. 38) | 05/15/1997 (estimated) | FG 0701-02 | Plaintiff has no objection. |
| 29 | Copyright Registration No. Vau 447-698 | 07/17/1998 | G227-28 | Plaintiff has no objection. |

| | | | | |
|---|---|---|---|---|
| 30 | Contracting Officer's Decision (Triano Dep. Ex. 11) | 02/23/2000 | FG 0745-54 | Plaintiff objects to this exhibit as it is a non-binding administrative decision in a proceeding to which plaintiff was not a party and had no notice regarding a contract to which plaintiff was not a party. Therefore, it it requires the testimony of a witness to establish both authenticity and relevance. To the extent not offered for its legal relevance, it is hearsay. FRE 402, 802, 901(a). |
| 31 | Letter from Triano to Lecky (Triano Dep. Ex. 12) | 02/28/2000 | FG 0755 | Plaintiff has no objection. |
| 32 | Letter from Triano to Ryals (Triano Dep. Ex. 13) | 02/29/2000 | FG 0759-61 | Plaintiff has no objection. |
| 33 | Letter Agreement between Gaylord and Morton (Triano Dep. Ex. 18) | 09/02/2002 | FG 0791 | Stipulated; same as Plaintiffs Proposed Exhibit 25. |
| 34 | Letter from Johanson to Triano (Triano Dep. Ex. 15) | 10/07/2002 | FG 0809-10, FG 687 | Plaintiff objects to the exhibit on the grounds of authentication, relevance and hearsay. FRE 402, 802, 901(a). |
| 35 | Costs - Contract between USPS and Banknote Corp. of America | 03/24/2003 | G646-709 | Plaintiff objects to the exhibit on the grounds of authentication, relevance and hearsay. FRE 402, 802, 901(a). |
| 36 | Costs - Contract between USPS and Banknote Corp. of America | 03/24/2003 | G891-947 | Plaintiff objects to the exhibit on the grounds of authentication, relevance and hearsay. FRE 402, 802, 901(a). |
| 37 | KWVM Stamp Image | 07/27/2003 | See Postcard, Stamps | Plaintiff has no objection. |
| 38 | Stamp Retention Survey | 12/01/2003 | G2408-66 | Stipulated; same as Plaintiff's Proposed Exhibit 29. |
| 39 | Complaint filed by Plaintiff against John Alli | 07/26/2006 | N/A | Plaintiff has no objection. |
| 40 | Triano Summary of KWVM Activity (Triano Dep. Ex. 5) | 04/17/2007 | FG 0934 | Plaintiff has no objection. |

| | | | | |
|---|---|---|---|---|
| 41 | Settlement Agreement between Gaylord and Alli (Triano Dep. Ex. 19) | 04/25/2007 | FG 1322-41 | Stipulated; same as Plaintiff's Proposed Exhibit 31. |
| 42 | KWVM Photos | 09/24/2007 | G2472-506 | Plaintiff has no objection except to the extent that certain photos, e.g. G2476, suggest that the mural wall actually contains the images of "The Column." Provided it is clarified that the mural wall merely shows the reflection of "The Column" in the polished surface of the mural wall, no objection. |
| 43 | Plaintiff's Updated Responses and Objections to Defendant's First Requests for Admissions | 12/27/2007 | N/A | Plaintiff has no objection. |
| 44 | Plaintiff's Updated Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-10) (excerpts) | 01/02/2008 | N/A | Based upon defendant's counsel's representation that the proposed "excerpts" are Interrogatories Nos. 8-10 only and the corresponding responses and objections in their entirety, no objection. Plaintiff would object if only portions of responses out of context were offered. |
| 45 | First Triano Ledger Book - **PROTECTED** | 04/09/2008 | G2577-87 | Plaintiff has no objection. |
| 46 | Second Triano Ledger Book - **PROTECTED** | 04/09/2008 | G2588-610 | Plaintiff has no objection. |
| 47 | Alli Stamp Income - **PROTECTED** | Unknown | FG1344 | Plaintiff has no objection itself to this exhibit, but notes that it is PROTECTED INFORMATION of a third party, John Alli, who should be permitted to object. |

| | | | | |
|---|---|---|---|---|
| 48 | Framed Art Image | Unknown | G2512 | Based upon defendant's counsel's representation that this exhibit is being withdrawn by the USPS, no objection is required. The proposed exhibit has not been provided to plaintiff. |
| 49 | Picture of Gaylord's Lion "Erotic" Sculpture, from Gaylord Retrospective (Gaylord Dep. Ex. 40) | Unknown | Gaylord Dep. Ex. 40 | Stipulated; partial duplicate of Plaintiff's Proposed Exhibit 35. Plaintiff has no objection to this single work being introduced as a separate exhibit. |
| 50 | Pictures (3) of Gaylord's Jim Henson / Kermit the Frog Sculpture, from Gaylord Retrospective (Gaylord Dep. Ex. 40) | Unknown | Gaylord Dep. Ex. 40 | Stipulated; partial duplicate of Plaintiff's Proposed Exhibit 35. Plaintiff has no objection to this single work being introduced as a separate exhibit. |
| 51 | Stamp Inventory Data | Unknown | G2471 | Plaintiff objects to the exhibit on the grounds of authentication, relevance and hearsay. FRE 402, 802, 901(a). |

Dated: June 6, 2008

/s/ Heidi E. Harvey

Heidi E. Harvey
MA 548114
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070
(617) 542-8906

Attorneys for Plaintiff