IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANK GAYLORD,

Plaintiff,

v.

THE UNITED STATES OF AMERICA;

Defendant.

No.: 06-539C

# PLAINTIFF'S SECOND REVISED TRIAL EXHIBIT LIST

Plaintiff, Frank Gaylord ("Gaylord"), hereby provides its Exhibit List, pursuant to the Pretrial Order filed March 5, 2008. The following may be used at trial for case-in-chief or rebuttal purposes. Gaylord reserves the right to introduce any exhibits, such as demonstratives, prepared for trial to aid a witness in presenting testimony. This second revised list includes exhibits admitted during trial through Wednesday, June 18, 2008.

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UNOPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| 1 | ORIGINAL-The Korean War Veterans Memorial Sculptor Selection Procedure | < March 1990 | Triano & Gaylord Depo. Ex. 20<br><br>FG 000922-25 | **STIPULATED**<br>DX 1 | |
| | | | | | |
| 2 | ORIGINAL -Resume of Frank Chalfant Gaylord II | Approx. March 1990 | Gaylord Depo. Ex. 28<br><br>FG 001046-48 | Unopposed | |
| | | | | | |
| 3 | ORIGINAL- Portfolio of Frank Gaylord II Works, Photos of Studio and Workshops | Approx. March 1990 | Gaylord Depo. Ex. 41A<br><br>FG 001409-123 | Unopposed | |
| | | | | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UNOPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| 4 | ORIGINAL-Slide Presentation (narration text) | Approx. March 1990 | Gaylord Depo. Ex. 41B<br>FG 00124-00130 | Hearsay; FRE 802-804 | |
| | | | | | |
| 5 | ORIGINAL-Requested Statement | Approx. March 1990 | Gaylord Depo. Ex. 41C<br><br>FG 001131-36 | Hearsay; FRE 802-804 | |
| 6 | ORIGINAL --United States Copyright Registration VAu 187 193 “Korean War Memorial Sketch Models” and author’s copy (photographs) of deposit materials | 1990-07-26 | FG000004-000009 | Unopposed | |
| | | | | | |
| 7 | “Mine” A Short Essay on Being Oppressed to Give up My Copyrights to My Sculpture Figure Composition of Sixteen or Nineteen Men, Give up My Copyrights to a Powerful Agency Who Would Take the Credit and Proceeds for My Work on The Korean War Veterans Memorial | 1992-11-02 | AMG 000246 | Hearsay; FRE 802-804 | |
| | | | | | |
| 8 | Letter Agreement re artists’ services between Gaylord and Cooper-Lecky Architects | 1993-01-14 | Triano Depo. Ex. 21<br><br>FG 00148-54 | **STIPULATED**<br>DX 6 | |
| | | | | | |
| 9 | Certified Copy of United States Copyright Registration No. VAu 280 954 “The Column” | 1993-11-15 | FG 001266-73 | **STIPULATED**<br>DX 12 | |
| | | | | | |
| 10 | Author’s copy of United States Copyright Registration VAu 280 954 “The Column” and deposit materials (photographs) | 1993-11-15 | FG 000213-000214 | Unopposed | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UNOPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 11 | Certified Copy of United States Copyright Registration No. VAu 280 955 "The Column" | 1993-11-18 | FG 001258-65 | **STIPULATED** DX 13 | |
| | | | | | |
| 12 | Author's copy of United States Copyright Registration VAu 280 955 "The Column" and deposit materials (photographs) | 1993-11-18 | FG 000215-000216.1 | Unopposed | |
| | | | | | |
| 13 | Amendment to Letter Agreement re artists' service between Gaylord and Cooper-Lecky Architects | 1994-01-25 | Triano Depo. Ex. 27<br><br>FG 00234-36 | **STIPULATED** DX 14 | |
| | | | | | |
| 14 | Letter from Lecky to Louis Nelson and Gaylord re: withdrawn claim for copyright ownership and Advisory Board issues | 1994-05-09 | Triano Depo. Ex. 22<br><br>FG 000242-43 | Unopposed | |
| | | | | | |
| 15 | Certified Copy of United States Copyright Registration No. VAu 306 934 "The Column" and deposit materials | 1994-08-12 | FG 001241-52 | **STIPULATED** DX 15 | |
| | | | | | |
| 16 | Author's copy of United States Copyright Registration VAu 306 934 "The Column" | 1994-08-12 | FG 000256-000257 | Unopposed | |
| | | | | | |
| 17 | Agreement for Copyright | 1995-02-08 | Triano Depo. Ex. 16 | **STIPULATED** | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UNOPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| | Licensing Program entered into 8 February 1995 between F.C. Gaylord Sculpture Studios, Cooper-Lecky Architects, and KWVM Productions | | FG 000343-350 | DX 18 | |
| | | | | | |
| 18 | Master License Agreement entered into 13 March 1995 between F.C. Gaylord Sculpture Studios, and Korean War Veterans Memorial Dedication Foundation | 1995-03-13 | Triano Depo. Ex. 17<br><br>FG 000370-382 | **STIPULATED**<br>DX 20 | |
| | | | | | |
| 19 | Certified Copy of United States Copyright Registration No. VAu 342 493 “The Column” and deposit materials | 1995-05-01 | FG 001253-57 | **STIPULATED**<br>DX 21 | |
| | | | | | |
| 20 | Author’s copy of United States Copyright Registration No. VAu 342 493 “The Column” and copies of deposit materials | 1995-05-01 | FG 000412-413 | Unopposed | |
| | | | | | |
| 21 | NOT USED | | | N/A | N/A |
| | | | | | |
| 22 | Photograph of “The Column” | Circa 1997 | FG 000411.1-411.2 | Unopposed | |
| | | | | | |
| 23 | Photo-KWVM Dedication Monument | 1995-07-27 | Gaylord Dep. Ex. 42, p. 124; FG 001184 | Unopposed | |
| | | | | | |
| 24 | Letter from Gaylord to Lecky regarding termination of agreement | 1995-09-03 | Triano Depo. Ex. 25<br><br>FG 000520-21 | **STIPULATED**<br>DX 22 | |
| | | | | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UN OPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| 25 | Letter from Andrew Morton to Triano re Korean War Veterans Memorial acceptance of terms | 2002-08-31 | Triano Depo. Ex. 18<br><br>FG 000791 | **STIPULATED**<br>DX 33 | |
| | | | | | |
| 26 | ORIGINAL-Korean War Veterans Memorial sheet of stamps | 2003-07-27 | Triano & Gaylord Depo. Ex. 24<br><br>FG 000857 | Unopposed | |
| | | | | | |
| 27 A-C | ORIGINAL-Korean War Veterans Memorial merchandise examples (postcard (27A), pin (27B) and magnet (27C) | 2003-07-27 | Postcard: Triano Depo. Ex. 23; FG 000856<br><br>Pin: FG 000855<br><br>Magnet: FG000854 | Unopposed | |
| | | | | | |
| 28 | Printout-USPS Website Announcement of Issuance of Korean War Commemorative Stamp | 2003-07-27 | | Unopposed | |
| | | | | | |
| 29 | National Stamp Retention | 2003-12 | GO2408-2466 | **STIPULATED**<br>DX 38 | |
| | | | | | |
| 30 | "Stamp collectors mean big business to post office" USA TODAY | 2005-05-15 | FG 001345-1347 | Hearsay; FRE 802-804 | |
| | | | | | |
| 31 | Settlement Agreement between Gaylord and Alli | 2007-04-25 | G02301-2317<br>Triano Ex. 19 | **STIPULATED**<br>DX 41 | |
| | | | | | |
| 32 | Defendant's Response to Interrogatory No. 9 | 2007-09-26 | | STIPULATED | |
| | | | | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UN OPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| 33 | Defendant's Response to Interrogatory No. 10 | 2007-09-26 | | STIPULATED | |
| | | | | | |
| 34 | Defendant's First Supplemental Response to Interrogatory No. 9 | 2007-11-15 | | Unopposed | |
| | | | | | |
| 35 | ORIGINAL-DVD of Work Retrospective by Frank Gaylord II | 2007-10-31 | Gaylord Depo. Ex. 40<br><br>FG 001321 | Unopposed | |
| | | | | | |
| 36 | Plaintiff's Summary of Damages Claim, Exhibit E to Plaintiff's Response to Defendant's Interrogatory No. 8 | 2008-01-02 | | Objected to: FRE 802-804; 702; 403 | |
| | | | | | |
| 37 | Plaintiff's Updated Summary of Damages | 2008-05-16 | | Objected to: FRE 802-804: 702; 403 | |
| | | | | | |
| 38 | Letter from Kent Cooper to Frank Gaylord regarding crediting in program | 1992-06-17 | FG 000062 | | |
| | | | | | |
| 39 | Letter from Bill Lecky to Frank Gaylord regarding copyright issues | 1992-09-03 | FG 000075 | | |
| | | | | | |
| 40 | Letter from Frank Gaylord to Bill Lecky regarding payment issues | 1992-06-30 | FG 000064-65 | | |
| | | | | | |
| 41 | Letter from Bill Lecky to Frank Gaylord regarding stop work | 1992-06-11 | AMG 000363 | | |

| PLT EXH. NO. | DOCUMENT DESCRIPTION: | DATE: | BATES NO./DEPO. EX. NO. OR OTHER IDENTIFIER | STIPULATED/UN OPPOSED/DEF OBJECTIONS | Admitted |
|---|---|---|---|---|---|
| | order | | | | |
| | | | | | |
| 42 | Letter Agreement between John Alli and Bill Lecky | 1998-04-20 | | | |
| | | | | | |
| 43 | Letter from Frank Gaylord to Bill Lecky regarding production violation | 1995-08-02 | FG 000468 | | |

Dated: June 19, 2008

/s/ Heidi E. Harvey

Heidi E. Harvey
MA 548114
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070
(617) 542-8906

Attorneys for Plaintiff