IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANK GAYLORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 06-539C |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Courtroom 6
National Courts Building
717 Madison Place, N.W.
Washington, D.C.

Monday - Wednesday, & Friday
June 16, 2008 - June 18, 2008
and June 20, 2008

The parties met, pursuant to notice of the Court.

BEFORE: HONORABLE THOMAS C. WHEELER
Judge

APPEARANCES:

For the Plaintiff:

HEIDI E. HARVEY, Esquire
DANNI TANG, Associate
Fish & Richardson, PC
225 Franklin Street
Boston, Massachusetts 02110
(617) 521-7815

APPEARANCES: (Cont'd)

For the Defendant:

SCOTT BOLDEN, Esquire
SUSAN D. McQUAY, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., Room 11118
Washington, D.C. 20005
(202) 307-0262

Also For the Defendant:

ERIC F. MULCH, Esquire
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260-1127
(202) 268-3472

## C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| For the Plaintiff: | | | | | |
| Frank Gaylord | 35 | 154 | 210 | --- | --- |
| John Triano | 222 | --- | --- | --- | --- |
| | 266 | 319 | 346 | --- | --- |
| Eric F. Mulch | 350 | --- | --- | --- | --- |
| David Failor | 615 | 659 | --- | --- | --- |
| For the Defendant: | | | | | |
| John Alli | 370 | 387 | --- | --- | --- |
| Charles Delaney | 405 | 426 | --- | --- | --- |
| William Lecky | 457 | 507 | 568 | 570 | 470 |
| Terrence McCaffrey | 574 | 588 | --- | --- | --- |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1 | 93 | 94 | Sculptor selection procedure |
| 2 | 94 | 95 | Gaylord's resume |
| 3 | 45 | 46 | Portfolio of Gaylord's works, studio photos |
| 5 | 226 | 230 | Photo of mating lions |
| 6 | 99 | 101 | Copyright registration, Memorial sketch models |
| 8 | 243 | 245 | Letter agreement |
| 9 | 115 | 115 | Certified copy of copyright registration V Au 280 954 |
| 10 | 267 | 269 | Copy of copyright V Au 280 954 |
| 11 | 118 | 118 | Certified copy of copyright registration V Au 280 955 |
| 12 | 270 | 272 | Copy of copyright V Au 280 955 |
| 13 | 251 | 253 | Amendment to letter agreement |
| 14 | 286 | 288 | Letter, Lecky to Nelson/Gaylord |
| 15 | 127 | 127 | Certified copy of copyright registration V Au 306 934 |
| 17 | 288 | 289 | Copyright licensing agreement |
| 18 | 292 | 294 | Master license agreement |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 19 | 138 | 139 | Certified copy of copyright registration V Au 342 493 |
| 22 | 11 | 142 | Photo of the Column |
| 23 | 142 | 142 | Photo of KWVM monument |
| 24 | 307 | 308 | Letter, Gaylord to Lecky |
| 25 | 311 | 313 | Letter, Morton to Triano |
| 26 | 151 | 152 | KWVM sheet of stamps |
| 27-A | 149 | 149 | KWVM postcard |
| 27-B | 149 | 149 | KWVM pin |
| 27-C | 149 | 149 | KWVM magnet |
| 28 | 594 | 596 | Printout of USPS website announcement of issuance of Korean War commemorative stamp |
| 29 | 599 | 600 | National stamp retention data |
| 30 | 604 | 645 | USA Today article, "Stamp Collectors Mean Big Business to Post Office" |
| 32 | 351 | 359 | Response to Interrogatory No. 9 |
| 33 | 363 | 365 | Response to Interrogatory No. 10 |

# E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 34 | 360 | 360 | 1st Supplemental Response to Inter-rogatory No. 9 |
| 35 | 38 | 40 | DVD of Gaylord's works |
| 35-A | 40 | 40 | Thumbnails of Gaylord's works |
| 38 | 367 | 554 | 6/17/92 Ltr from Kent Cooper to Frank Gaylord |
| 39 | 556 | 556 | 9/3/92 letter, Lecky to Gaylord |
| 40 | 558 | 558 | 6/30/92 letter, Triano to Lecky |
| 41 | 561 | 561 | 11/6/92 letter, Lecky to Gaylord |
| 42 | 566 | 566 | 4/20/98 letter, Lecky to Alli |
| 43 | 571 | 572 | 8/2/95 letter, Gaylord to Lecky |
| 44 | 658 | 658 | Linns.com article, "Survey: Stamp Market Roared Back in 2004" |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2 | 468 | 471 | Certified architect-engineer contract, CLA and USACE |
| 4 | 167 | 168 | 6/2/92 letter from Gaylord to Cooper |
| 24 | 187 | 188 | John Alli's real-life photograph |
| 25 | 321 | 323 | 2/8/96 letter, Triano to Learst |
| 27 | 325 | 326 | World Travel royalty report, 1996 |
| 28 | 190 | 198 | 5/15/97 letter from Gaylord to Weber |
| 30 | 504 | 505 | Certified contracting officer's decision |
| 36 | 414 | 415 | Contract costs, USPS and Banknote Corp. |
| 37 | 582 | 583 | KWVM stamp images |
| 40 | 315 | 330 | Triano summary of KWVM activity |
| 41 | 341 | 344 | Settlement agreement, Gaylord/Alli |
| 42 | 661 | 663 | Korean War Veterans Memorial photos |
| 43 | 663 | 664 | Plaintiff's Updated Responses and Objections to Defendant's First Requests for Admissions |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 45 | 333 | 336 | First Triano ledger book |
| 46 | 336 | 337 | Second Triano ledger book |
| 47 | 385 | 387 | Alli stamp income |
| 49 | 201 | 204 | Photo of Gaylord's mating lions |
| 51 | 417 | 419 | Stamp inventory data |
| 52 | 205 | 210 | Photo of mating lions |