# In the United States Court of Federal Claims

No. 06-539C

(Filed: July 23, 2008)

```
********************************** *
                                   *
FRANK GAYLORD,                     *
                                   *
                  Plaintiff,       *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
********************************** *
```

ORDER REGARDING POST-TRIAL BRIEFS AND ORAL ARGUMENT

The Court concluded the trial in this case on June 20, 2008 and closed the evidentiary record. The Court is informed that the trial transcript has been received, effective July 21, 2008. As agreed with counsel at the close of trial, the post-trial briefing schedule shall be as follows:

1. Opening briefs from both parties shall be due within 30 days of the filing of the trial transcript, on or before August 20, 2008.

2. Response briefs from both parties may be filed within 30 days thereafter, on or before September 19, 2008.

3. Oral argument will be scheduled shortly after response briefs are filed, on a date mutually agreeable to counsel for the parties.

The parties may organize their briefs as they desire, but the Opening Brief should include a Summary of Argument, Issues Presented, Proposed Findings of Fact, and Argument with applicable case law discussion. The Proposed Findings of Fact should include supporting transcript and exhibit citations. The transcript citations should include the name

of the witness, the page number(s), and the line numbers, such as (Gaylord, Tr. 50, lines 14-23). For multi-page exhibits, the exhibit citation should include a page number, and if applicable, a section description. No page limitations will apply to the briefs. As the evidentiary record is closed, no attachments to the briefs are permitted.

The Court expects counsel to meet the briefing schedule set forth herein. Time extensions will not be granted absent a showing of unforeseen circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge