# In the United States Court of Federal Claims

No. 06-539 C

**FRANK GAYLORD**

**JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed December 16, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant, and the complaint is dismissed. No costs.

|  |  |
|---|---|
|  | John S. Buckley<br>Acting Clerk of Court |
| **December 18, 2008** | By:  s/ Debra L. Samler |
|  | Deputy Clerk |

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.