# In the United States Court of Federal Claims

No. 06-539C

(Filed: July 17, 2012)

```
************************************* *
                                      *
                                      *
FRANK GAYLORD,                        *
                                      *
                                      *
              Plaintiff,              *
                                      *
v.                                    *
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
************************************* *
```

## SCHEDULING ORDER

As discussed with counsel for the parties, the Court will hold a telephonic status conference on Thursday, July 26, 2012 at 2:30 PM (EDT). The Chambers' Judicial Assistant will contact counsel at the appointed time.

IT IS SO ORDERED.

                                                                                       s/Thomas C. Wheeler  
                                                                                       THOMAS C. WHEELER  
                                                                                       Judge