# In the United States Court of Federal Claims

No. 06-539C

(Filed: July 27, 2012)

```
************************************* *
                                      *
                                      *
FRANK GAYLORD,                        *
                                      *
                 Plaintiff,           *
                                      *
v.                                    *
                                      *
UNITED STATES,                        *
                                      *
                 Defendant.           *
                                      *
************************************* *
```

ORDER

     On July 26, 2012, the Court held a status conference with counsel for the parties, during which the Court agreed to reopen discovery for the purpose of ascertaining the appropriate amount of damages in this case. As discussed with counsel, the parties shall have three months to complete fact discovery on damages with discovery closing on Friday, October 26, 2012. Within 30 days, or by Monday, November 26, 2012, counsel for Plaintiff shall disclose to opposing counsel Plaintiff's expert report(s) on damages. Within an additional 30 days, or by Wednesday, December 26, 2012, the Government shall provide its expert rebuttal report(s) to opposing counsel. The parties shall have an additional 30 days to depose the experts, concluding any depositions by Friday, January 25, 2013. As agreed with counsel for the parties, the Court will hold a telephonic status conference with counsel on Wednesday, November 14, 2012 at 10:00 AM (EST) to ascertain the status of the parties' progress in this case.

     IT IS SO ORDERED.

                                                        s/Thomas C. Wheeler  
                                                        THOMAS C. WHEELER  
                                                        Judge