IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANK GAYLORD,

      Plaintiff,

      v.

THE UNITED STATES,

      Defendant.

No. 06-539 C

Judge Thomas C. Wheeler

## <u>DEFENDANT'S STATEMENT OF THE RELEVANT CONTRACT CLAUSES AND REGULATIONS ON REMAND</u>

Pursuant to the Court's Order of November 14, 2012, Defendant the United States ("the government") hereby respectfully submits its Statement of the Relevant Contract Clauses and Regulations on Remand.  On May 16, 2008, the parties filed previous respective statements of relevant contract clauses and regulations with the Court before trial.  Given the present stage of the case, agreements purporting to license "The Column" are potentially relevant to the determination of compensation pursuant to a hypothetical negotiation.  See Lucent Techs., Inc. v. Gateway, Inc., 580 F.3d 1301, 1325-32 (Fed. Cir. 2009); see also id. at 1335-36.  Accordingly, for convenience of the Court and counsel, the government has incorporated a list of potentially relevant written agreements into this Statement.

The government has separated the agreements into three different categories, and the agreements have been organized chronologically within each of the three categories.  The government's identification of the agreements in this Statement is not an admission that any particular agreement is relevant or comparable to the hypothetical negotiation required for compensation purposes.

-1-

## I.    AGREEMENTS WITH FRANK GAYLORD AS A PARTY

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 2/8/1995 to 10/4/1995 | License Agreement | **Gaylord**, CLA, and Louis Nelson<br><br>KWVM Productions, Inc. | <u>Copyright</u>: "The Column", CLA copyrights, and Louis Nelson copyrights. | N/A | Exclusive | 85% Licensing Revenue to Gaylord on a license limited to the Gaylord Work;<br><br>42.5% Licensing Revenue to Gaylord and to Cooper-Lecky or Nelson for a dual-authored work;<br><br>28.33% Licensing Revenue to each for a Combined Authorship License.<br><br>**Total Royalties Paid:  $0** | PX 17, PX 24 |
| 3/13/1995 to 12/31/1996 | License Agreement | **Gaylord**<br><br>Korean War Veterans Memorial Dedication Foundation, Inc. (KWVMDF, aka World Travel) | <u>Copyright</u>: "The Column" | Memorabilia and merchandise, including but not limited to replicas, print materials, and sports wearables such as posters, postcards, brochures, t-shirts, jackets, mugs, sweat pants, caps, key chains, pins, buttons, and statues | Exclusive | Signing bonus of $16.666.66<br><br>10% of Product Revenue<br><br>15% of all Sublicensed Product Revenue<br><br>Gaylord agreed to pay not less than 20% of his net royalty proceeds back to KWVMDF<br><br>**Total Royalties Paid: $2,446.93** | PX 18 |
| 9/2/2002 | Settlement Agreement | **Gaylord**<br><br>F.J. Designs | <u>Copyright</u>: "The Column" | Wooden replica of the Korean War Veterans Memorial, item #279 | Non-exclusive | One-time lump-sum payment of 10% of wholesale sales ($650); full release for any present or future liability<br><br>**Total Royalties Paid:  $650** | PX 25 |

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 4/25/2007 to present | Settlement Agreement, General Release, and Copyright Non-Exclusive License | **Gaylord** <br><br> **Alli** | Copyright: "The Column" | N/A | Non-exclusive | 10% of the net retail sales revenue for any Licensed Image <br><br> 25% of the compensation received by Alli from third parties for authorization to make any copy, sale, or reproduction of a Licensed Image. <br><br> All claims for past damages waived <br><br> **Total Royalties Paid:  $0** | DX 41 |

## II.    POSTAL SERVICE AGREEMENTS TO OBTAIN RIGHT TO USE A COPYRIGHTED IMAGE IN A STAMP

| Begin Date | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 6/7/1999 | Agreement for Photograph Used as Art Reference in Production of Stamp | Brown Brothers <br><br><br> **Postal Service** | Copyright: "USS Holland – first submarine" | Art reference in creating an image to be used in a stamp | Non-exclusive | One-time lump-sum payment of $200 <br><br> **Total Royalties Paid:  $200** | G100561-63 |
| 10/13/1999 | Agreement for Photograph Used as Art Reference in Production of Stamp | United States Navy <br><br><br> **Postal Service** | Copyright: "USS S-6" | Art reference in creating an image to be used in a stamp | Non-exclusive | One-time lump-sum payment of $1 <br><br> **Total Royalties Paid:  $1** | G100566-68 |

| Begin Date | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 10/13/1999 | Agreement for Photograph Used as Art Reference in Production of Stamp | United States Navy **Postal Service** | Copyright: "USS Trigger at Midway Island" | Art reference in creating an image to be used in a stamp | Non-exclusive | One-time lump-sum payment of $1 **Total Royalties Paid: $1** | G100569-71 |
| 10/13/1999 | Agreement for Photograph Used as Art Reference in Production of Stamp | United States Navy **Postal Service** | Copyright: "USS Buffalo" | Art reference in creating an image to be used in a stamp | Non-exclusive | One-time lump-sum payment of $1 **Total Royalties Paid: $1** | G100573-75 |
| 2/27/2001 | Agreement for Photograph to be Used as Art Rendering for Stamp Art | Horst Hamann Photography **Postal Service** | Copyright: "Vertical photograph of Atlas statue" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $500 **Total Royalties Paid: $500** | G100618-22 |
| 8/13/2001 | Agreement with Photographer Regarding Photograph to be used as Stamp Art | The Art Institute of Chicago **Postal Service** | Copyright: "On a Balcony, 1878/79, by Mary Cassatt" | Stamp, philatelic products, and other products bearing the stamp image | Non-exclusive | One-time lump-sum payment of $1,000 **Total Royalties Paid: $1,000** | G110032-37 |
| 8/13/2001 | Agreement with Photographer Regarding Photograph to be used as Stamp Art | The Art Institute of Chicago **Postal Service** | Copyright: "Young Mother, 1888, by Mary Cassatt" | Stamp, philatelic products, and other products bearing the stamp image | Non-exclusive | One-time lump-sum payment of $1,000 **Total Royalties Paid: $1,000** | G110049-54 |

| Begin Date | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 1/11/2002 | Agreement for Photograph Used as Art Reference in Production of Stamp | James Hyland<br><br>**Postal Service** | Copyright: "Old Cape Henry Lighthouse" | Art reference in creating an image to be used in a stamp | Non-exclusive | One-time lump-sum payment of $200<br><br>**Total Royalties Paid: $200** | G100650-52 |
| 1/15/2002 | Agreement for Photograph to be Used as Art Rendering for Stamp Art | Nat Steinbook<br><br>**Postal Service** | Copyright: "Hillsboro Inlet Lighthouse, Early 2000" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $350<br><br>**Total Royalties Paid: $350** | G100642-45 |
| 2/6/2002 | Agreement for Photograph Used as Art Reference in Production of Stamp | Joan Walton<br><br>**Postal Service** | Copyright: "Old Cape Henry Lighthouse" | Art reference in creating an image to be used in a stamp | Non-exclusive | One-time lump-sum payment of $200<br><br>**Total Royalties Paid: $200** | G100657-59 |
| 9/17/2002 | Agreement with Photographer Regarding Photograph to be used as Stamp Art | **Alli**<br><br>**Postal Service** | Copyright: "Real Life" | Stamp and philatelic products bearing the Stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $1,500<br>**Total Royalties Paid: $1,500** | G329-32 |
| 6/18/2003 | Agreement Regarding Photograph Proposed as Stamp | Nicolas H. Ekstrom<br><br>**Postal Service** | Copyright: "Black Sun" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $2,500<br><br>**Total Royalties Paid: $2,500** | G100724-29 |

| Begin Date | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 8/13/2003 | Agreement Regarding Photograph Proposed as Stamp | The Isamu Noguchi Garden Museum / Foundation<br><br>**Postal Service** | Copyright: "Akari 25N" | Stamp and philatelic products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $2,500<br><br>**Total Royalties Paid: $2,500** | G100717-22 |
| 10/23/2003 | Agreement Regarding Photograph Proposed as Stamp | VAGA<br><br>**Postal Service** | Copyright: "Mother and Child, 1944-45" | Stamp and philatelic products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $5,000<br><br>**Total Royalties Paid: $5,000** | G100699-704 |
| 10/23/2003 | Agreement Regarding Photograph Proposed as Stamp | VAGA<br><br>**Postal Service** | Copyright: "Margaret La Farge Osborn, 1937" | Stamp and philatelic products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $5,000<br><br>**Total Royalties Paid: $5,000** | G100707-12 |
| 11/10/2003 | Agreement Regarding Photograph Proposed as Stamp | Todd Eberle<br><br>**Postal Service** | Copyright: "Walt Disney Concert Hall (Disney 2A)" | Stamp and philatelic products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $5,000<br><br>**Total Royalties Paid: $5,000** | G110143-48 |
| 12/10/2003 | Agreement Regarding Photograph Proposed as Stamp | Bill Jacobson<br><br>**Postal Service** | Copyright: "Figure" | Stamp and philatelic products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $3,000<br><br>**Total Royalties Paid: $3,000** | G100736-41 |
| 2/18/2004 | Agreement Regarding Photograph Proposed as Stamp | Katherine Spiegel<br><br>**Postal Service** | Copyright: "East Wing of the National Gallery of Art" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $2,000<br><br>**Total Royalties Paid: $2,000** | G110199-207 |
| 2/20/2004 | Agreement Regarding Photograph Proposed as Stamp | Grant Mudford<br><br>**Postal Service** | Copyright: "Exeter Library designed by Louis Kahn" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $5,000<br><br>**Total Royalties Paid: $5,000** | G110150-55 |

| Begin Date | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 3/2/2004 | Agreement Regarding Photograph Proposed as Stamp | Esto Photography **Postal Service** | Copyright: "High Museum of Art, Atlanta, Georgia (6uu.68BW.jpg)" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $2,000 **Total Royalties Paid: $2,000** | G110129-34 |
| 3/9/2004 | Agreement Regarding Photograph Proposed as Stamp | Venturi, Scott Brown and Assoc. **Postal Service** | Copyright: "Vanna Venturi House" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $3,000 **Total Royalties Paid: $3,000** | G110215-20 |
| 3/30/2004 | Agreement Regarding Photograph Proposed as Stamp | Stockland and Martel **Postal Service** | Copyright: "TWA Terminal at the JFK Airport" | Stamp, philatelic products, and other products bearing the stamp image | Exclusive as to stamp; non-exclusive otherwise | One-time lump-sum payment of $5,000 **Total Royalties Paid: $5,000** | G110222-28 |

## III.    OTHER AGREEMENTS

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 4/20/1998 to present | Letter Agreement | KWVM Productions, Inc. **Alli** | Copyright: Korean War Veteran's Memorial | Posters, signed and numbered prints | N/A | One-time lump-sum payment of $250 + 10% of retail sales price for future sales **Total Royalties Paid:  $3,276.65 (estimated)** | PX 42 |

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 4/1/2002 to 6/30/2005 | License Agreement | **Postal Service**<br><br>Sonoma Pins, Etc. | Trademarks, Service Marks, Trade Dress and/or copyrights: Certain Postal Service trademarks;<br><br>All USPS stamp designs existing as of the effective date of this Agreement to which the USPS holds copyrights. | Label pins, key chains, magnets, and dog tags | Non-exclusive | 8% of Net Sales of Licensed Articles bearing wholly-owned stamp designs and 6% of Net Sales of Licensed Articles bearing Jointly-Owned Stamp designs.<br><br>Contract Year 1: Guaranteed Minimum Royalty of $5,000<br><br>Contract Year 2: Guaranteed Minimum Royalty of $5,000<br><br>Contract Year 3: Guaranteed Minimum Royalty of $8,000 | G0544-72 |

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 7/1/2002 to 6/30/2005 | License Agreement | **Postal Service**<br><br>American Stamp Collectibles Inc. | <u>Trademarks, Service Marks, Trade Dress and/or copyrights:</u> Certain Postal Service trademarks;<br><br>All existing and future Definitive stamp designs;<br><br>All Commemorative stamp designs that were released prior to the effective date; Following additional stamp designs: Elvis Presley, Humphrey Bogart, James Dean, Malcom X, Marilyn Monroe, Martin Luther King Jr., Andy Warhol, Baseball's Legendary Playing Fields, Love, Neuter and Spay, Bruin Bear, Ideal Bear, "Stick" Bear | Matted and/or framed reproductions of the trademarks, service marks, trade dress and/or copyrights with or without live stamps, cachets and/or other printed images | Non-exclusive | Distribution Channel A: 3% of Net Sales<br><br>Distribution Channel B: 6% of Net Sales from Licensed Articles bearing Jointly-Owned Stamp designs. 8% of Net Sales of Licensed Articles bearing wholly owned stamp designs<br><br>Contract Period 1: Guaranteed Minimum Royalty of $8,000<br><br>Contract Period 2: Guaranteed Minimum Royalty of $12,000<br><br>Contract Period 3: Guaranteed Minimum Royalty of $20,000 | G0511-43 |

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 1/1/2006 to 12/31/2008 | License Agreement | **Postal Service**<br><br>American Stamp Collectibles Inc. | <u>Trademarks, Service Marks, Trade Dress and/or copyrights:</u> Certain Postal Service trademarks<br><br>Stamp Images: Heroes Stamp Design (Co-Owned), all USPS independently controlled Stamp Designs, All USPS Co-Owned Stamp Designs. | Matted and/or framed reproductions of the trademarks, service marks, trade dress and/or copyrights with or without live stamps, cachets and/or other printed images. | Non-exclusive | Heroes Stamp Design: 10% royalty on net sales<br><br>Distribution Channel A: 3% of Net Sales<br><br>Distribution Channel B: 8% of Net Sales<br><br>Distribution Channel C: 8% of Net Sales<br><br>Contract Period 1: Guaranteed Minimum Royalty of $5,000<br><br>**Total Stamp-Related Royalties Paid by American Stamp Collectibles, Inc.:  $7,657.93** | G0573-605 |

| Begin Date and Term | Agreement Type | Licensor / Licensee | IP Rights | Licensed Products | Exclusive? | Summary of Terms / Total Royalties Paid | Source |
|---|---|---|---|---|---|---|---|
| 1/1/2006 to 12/31/2008 | License Agreement | **Postal Service**<br><br>US Allegiance, Inc. | <u>Trademarks, Service Marks, Trade Dress and/or copyrights:</u> Certain Postal Service trademarks<br><br>Stamp Images: Heroes Stamp Design (Co-Owned), all USPS independently controlled Stamp Designs, All USPS Co-Owned Stamp Designs. | Postcards and postcard sets, bookmarks, ceramic and plastic drinking containers, drink ware, decals, key rings, lapel pins, magnets, note card sets, note pads, playing cards, pens and pencils, tote bags, plush toys, tee shirts, stationery, calendars, matted/unmatted images, posters, and headwear.<br><br>Additionally, the rights to distribute DVDs (limited to the "To Form A More Perfect Union" stamp series) | Non-exclusive | Heroes Stamp Design: 10% royalty on net sales<br><br>Jointly controlled stamp designs have a 6% royalty on Net Sales for Channel B and Channel C<br><br>Distribution Channel A: 3% of Net Sales<br><br>Distribution Channel B: 8% of Net Sales<br><br>Distribution Channel C: 8% of Net Sales<br><br>Contract Period 1: Guaranteed Minimum Royalty of $5,000<br><br>Contract Period 2: Guaranteed Minimum Royalty of $5,000<br><br>Contract Period 3: Guaranteed Minimum Royalty of $5,000<br><br>**Total Stamp-Related Royalties Paid by US Allegiance, Inc.:  $10,174.00** | G0606-45 |

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOHN J. FARGO
Director

    s/ Scott Bolden
Of Counsel:                 SCOTT BOLDEN
MICHAEL F. KIELY       Assistant Director
United States Postal Service   Commercial Litigation Branch
                              Civil Division
                              Department of Justice
April 12, 2013           Washington, DC  20530
                              Telephone:    (202) 307-0262
                              Facsimile:    (202) 307-0345