# In the United States Court of Federal Claims

No. 06-539C

(Filed: June 18, 2013)

```
************************************* *
                                      *
                                      *
FRANK GAYLORD,                        *
                                      *
              Plaintiff,              *
                                      *
v.                                    *
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
                                      *
************************************* *
```

POST-TRIAL ORDER

On May 14, 2013, the Court concluded trial in this case and closed the evidentiary record.  The Court received the notice of the filing of the transcript of trial proceeding on May 29, 2013, but did the Court did not receive an actual hard copy of the transcript until today, June 18, 2013.  As agreed with counsel for the parties in open court, the following post-trial briefing schedule will be in effect, beginning from the receipt today of the transcript:

(i)   Both parties shall file concurrent post-trial briefs within 30 days, on or before July 18, 2013;

(ii)  Responsive briefs from both parties may be filed within 14 days thereafter, on or before August 1, 2013.

The parties may organize their briefs as desired, but the opening briefs should include: (i) a Summary of Argument; (ii) Issues Presented; (iii) Proposed Findings of Fact; and (iv) Argument, including discussion of applicable case law.  Proposed Findings of Fact should be supported with transcript and exhibit citations.  Transcript citations should include the name of the witness, the page number(s), and the line numbers, e.g., Witness, Tr. 233, Lines 3-6.  For exhibits exceeding one page, exhibit citations should include the pertinent page number and, where applicable, section description.  The briefs

are not page-limited, but the Court will not permit attachments to the briefs because the evidentiary record is closed.

As the Court expects counsel to meet the briefing schedule set forth herein, the Court will not grant time extensions absent a showing of exceptional circumstances.

IT IS SO ORDERED.

                                              s/ Thomas C. Wheeler
                                              THOMAS C. WHEELER
                                              Judge