IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANK GAYLORD,

               Plaintiff,

    v.

THE UNITED STATES;

               Defendant.

No.: 06-539C

Judge Thomas C. Wheeler

**FILED UNDER SEAL**

REDACTED

## PLAINTIFF'S SUPPLEMENTAL PROPOSED FINDINGS OF FACT

To rebut Defendant's assertion that the KWVM Stamp underperformed its peers with respect to retention revenue, Defendant's Proposed Finding of Fact 33, Plaintiff submits this additional proposed finding of fact:

Proposed Finding of Fact 60:

As shown in the following table which summarizes and cites record evidence, the KWVM Stamp was in the top 25% of its class of 37 cent commemorative stamps with respect to projected retention revenue (on a per image basis) based on the Synovate surveys which were produced by the Postal Service.

The table starts on the next page.  The entire table is redacted in the publicly filed version of this document.











































FISH & RICHARDSON P.C.

Dated:  August 1, 2013                    */s/ Heidi E. Harvey*_____
                                          Heidi E. Harvey
                                          FISH & RICHARDSON P.C.
                                          One Marina Park Drive
                                          Boston, MA  02210
                                          Tel:  (617) 542-5070
                                          Fax:  (617) 542-8906

                                          Attorneys for Plaintiff
                                          Frank Gaylord

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of August, 2013.

                              _____Heidi E. Harvey_____